BRESSLER, AMERY & ROSS, P.C.
John D. Miller, III
Justin E. Condit
325 Columbia Turnpike
Florham Park, NJ 07932
(973) 514-1200
(973) 514-1660 (facsimile)

and

KOLEY JESSEN PC, LLO
Margaret C. Hershiser (pro hac vice motion to be filed)
Patrice D. Ott (pro hac vice to be filed)
One Pacific Place, Suite 800
1125 South 103rd Street
Omaha, NE 68124-1079
(402) 390-9500
(402) 390-9500 (facsimile)

*Attorneys for Plaintiff, Sandhills Global, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SANDHILLS GLOBAL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>LAWRENCE GARAFOLA, individual, and FACTS TECHNOLOGY LLC, a New Jersey limited liability company,<br><br>Defendants. | Civil Action No. 3:19-cv-20669<br><br><br>**CERTIFICATION OF JOHN D. MILLER, III** |

I, John D. Miller, III, hereby certifies as follows:

1.      I am an attorney-at-law of the State of New Jersey and a member of the law firm of

Bressler, Amery & Ross, P.C., attorneys for the Plaintiff Sandhills Global, Inc. ("Plaintiff" or

"Sandhills") in this matter.  I am the partner responsible for this case and am fully familiar with the

5689068_1

facts and circumstances relating thereto. I submit this Certification in further support of Plaintiff's Motion for a Temporary Restraining Order.

2.      Attached hereto as Exhibit 1 is a true and accurate copy of a Declaration from Evan Welch.

3.      The attached Declaration of Evan Welch contains an electronic signature of that individual.

4.      Mr. Welch has acknowledged to me that his signature as it appears on his Declaration is genuine. A copy of the Declaration with the original signature pages affixed thereto will be filed with the Court if requested by the Court or any party.

I hereby certify under penalty of perjury, that the foregoing statements made by me are true and correct.

<div align="right">

*/s/ John D. Miller, III*
John D. Miller, III

</div>

DATED:  December 4, 2019

# EXHIBIT 1

## Declaration of Evan Welch

1.      My name is Evan Welch.  I am competent to testify to the facts set forth herein and do so from personal knowledge.

2.      I am the Director of New Product Sales at Sandhills Global, Inc. ("Sandhills").  I have been employed by Sandhills since January 2016.

### Sandhills Global, Inc.

3.      Sandhills connects buyers and sellers in the trucking, agriculture, construction, heavy machinery, aviation, and related industries (the "Sandhills' Industries") through both print and online channels, and across retail, rental, wholesale, and auction markets.

### Equipmentfacts, LLC

4.      In July 2018, Sandhills purchased substantially all of the assets of Equipmentfacts, LLC located in Flemington, New Jersey, from its sole owner and the Chief Executive Officer, Lawrence Garafola.  Equipmentfacts is now a Sandhills brand.

5.      Equipmentfacts provides online auction solutions for heavy equipment, truck, agriculture and related auction industries through industry-specific online bidding systems, websites for virtual attendance at auctions, the *Auction Facts Monthly* publication, third-party advertisement services and podcast content (the "Business"). A true and correct copy of an excerpt of the July 2018 Asset Purchase Agreement, which provides this definition, is attached hereto as **Exhibit A** and incorporated by reference.

### Facts Technology LLC

6.      In September 2019, Lawrence Garafola formed Facts Technology, LLC. Facts Technology, a defendant in this matter, markets itself on its website (https://www.factstechnologyllc.com/why-choose-us) as "your #1 source for online auction

solutions." Facts Technology's website also states that "we have set up an easy to use, industry specific online bidding system that broadcasts auctions from locations around the world and streams directly to a bidder's computer or mobile device." I have reviewed Facts Technology's website and its listing of brands, a true and correct copy of the websites visited is attached hereto as **Exhibit B** and incorporated by reference.

### Facts Technology competes with Sandhills

7.     Sandhills' Equipmentfacts is marketed as an "easy-to-use, industry specific, online (auction) bidding system that broadcasts auctions from around the world and streams them directly to a bidder's computer." An example of this marketing can be seen in **Exhibit C**, a true and correct copy of which is attached hereto and incorporated by reference.

8.     Facts Technology is marketed as an "easy to use, industry specific online bidding system that broadcasts auctions from location around the world and streams them directly to a bidder's computer." An example of this marketing can be seen in **Exhibit D**, a true and correct copy of which is attached hereto and incorporated by reference.

9.     From a practical standpoint, Equipmentfacts:

a.     Enables auctioneers to simulcast live and timed onsite auctions to national and international bidders.

b.     Allows bidders to participate in the auctions, enabling them to place pre-bids and real-time bids, view detailed sales catalogs, and check current bids.

10.     From a practical standpoint Facts Technology, by and through its brand "Auctioneer Facts":

a.     Enables industry specific auctioneers to simulcast live and timed auctions to national and international bidders.

b.      Allows bidders to participate in the auctions, enabling them to place pre-bids and real-time bids, view sales catalogs and check current bids.

11.     Sandhills and Facts Technology provide substantially similar, if not the same, industry specific online auction services in direct competition to one another.

12.     Facts Technology, through Auctioneer Facts, directly competes with Sandhills because it also offers live video and audio auctions on an online platform.

13.     It is evident that Facts Technology is offering its online auction solution to customers across the Sandhills Industries because I have been contacted by several Sandhills customers who have said Mr. Garafola has solicited them on behalf of Facts Technology. Attached as **Exhibit E**, which is incorporated by reference, is a true and correct copy of an email solicitation sent on behalf of Facts Technology to an unknown number of individuals on November 27, 2019.

14.     Mr. Garafola claims that the "names of companies and their contacts" are publicly available and are available to him through his membership in the National Auctioneer Association.

15.     Upon review of the National Auctioneer Association database neither J.B. Dimick nor Ray Gombiski, both of whom received solicitations from Facts Technology for AuctioneerFacts, have their contact information listed in the National Auctioneer Association's online membership directory.

**OilfieldFacts' Upcoming Auction Offerings Compete with Sandhills**

16.     Permian International Energy Services ("Permian") is a former Sandhills' customer that ran its auctions on Equipmentfacts.com.

17.     Recently, Permian began listing its auctions on OilfieldFacts.com, a Facts Technology brand.

18.     On December 3, 2019, a 2011 Ford F250 trucks as well as a number of Ford F150s trucks sold on Equipmentfacts.com, as reflected on **Exhibit F** attached hereto.

19. On December 3, 2019, I reviewed Permian's auction catalogue for an auction scheduled with oilfieldfacts.com on December 10, 2019. Permian's auction catalogue consists of 646 items.

20. Lot 36 of the Permian auction on OilfieldFacts.com is identified as a "2011 Ford F250 Lariart Super Duty Crew Cab." This is the same model of Ford truck that just sold on Equipmentfacts.com.

21. Lots 37-39 of the Permian auction on OilfieldFacts.com are identified as 2001 Ford F150s. These are the same model of Ford trucks that just sold on Equipmentfacts.com.

22. A true and correct copy of a screenshot showing Lots 36-39 on OilfieldFacts.com is attached hereto as **Exhibit G**.

23. As set forth above, there is direct overlap in items listed for auction on Equipmentfacts.com and OilfieldFacts.com.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 4, 2019

_____

Evan Welch

# EXHIBIT A

EXECUTION VERSION

ASSET PURCHASE AGREEMENT

dated as of

July 16, 2018

by and among

SANDHILLS PUBLISHING COMPANY,

EQUIPMENTFACTS, LLC

AND

LAWRENCE GARAFOLA

## ASSET PURCHASE AGREEMENT

THIS ASSET PURCHASE AGREEMENT (this "Agreement") is made and entered into as of July 16, 2018, by and among Sandhills Publishing Company, a Nebraska corporation ("Purchaser"), Equipmentfacts, LLC, a New Jersey limited liability company ("Seller"), and Lawrence Garafola ("Seller's Sole Member").

## W I T N E S S E T H :

WHEREAS, Seller is engaged in the business of providing online auction solutions for the heavy equipment, truck, agriculture and related auction industries, including providing industry-specific online bidding systems, websites for virtual attendance at auctions, the "Auction Facts Monthly" publication, third-party advertisement services and podcast content (the "Business"); and

WHEREAS, Seller desires to sell, and Purchaser desires to purchase, substantially all of the assets of Seller, subject only to certain Liabilities to be assumed by Purchaser, on the terms and subject to the conditions set forth in this Agreement.

NOW, THEREFORE, in consideration of the foregoing initial paragraph and recitals, and the representations, warranties, covenants, agreements, conditions and indemnities contained in this Agreement, and intending to be legally bound, the Parties agree as follows:

## ARTICLE 1.
## THE TRANSACTION

1.1     **Sale and Purchase of Assets.**  At Closing, Seller shall sell, transfer and deliver to Purchaser, or cause to be sold, transferred and delivered to Purchaser, and Purchaser shall purchase from Seller, all of the assets of Seller (except only the Excluded Assets) (the "Included Assets"), free and clear of all Liens.   The Included Assets include the following, wherever located, as of the Closing Date:

(a)     The equipment, hardware, furniture, supplies, tools, moveable signage and other tangible personal property set forth on Schedule 1.1(a) (collectively, the "Tangible Personal Property");

(b)     All Intellectual Property of Seller, including the Intellectual Property set forth on Schedule 2.12(c), as well as all rights to and under the Licensed IP and the Software;

(c)     All rights to and under all customer contracts and purchase orders, whether written or oral, including those set forth on Schedule 1.1(c) (collectively, the "Customer Contracts")

(d)     All rights to and under the agreements, leases, subleases, assignments, instruments, Liens, guaranties or other similar arrangements, whether written or oral, with any independent contractor, consultant, vendor, supplier or other provider, set forth on Schedule 1.1(d) (collectively, the "Vendor Contracts" and together with the Customer Contracts, collectively the "Contracts");

# EXHIBIT B



Home    Why Choose Us    Auctioneers    Contact Us



Facts Technology providing Auctioneers with cutting edge technology, support and services for decades. We know the auction industry and we talk the language. Give us a call or send us an email to learn more.

# Brands

## CollectorCarFacts

Empowering Collector
Car Auctioneers with the
most advanced online
bidding technology and
customer support
services.

+ Learn More

## MachineFacts

Empowering Industrial
Auctioneers with the most
advanced online bidding
technology and customer
support services.

+ Learn More

## OilfieldFacts

Empowering Oil Field
Auctioneers with the most
advanced online bidding
technology and customer
support services.

+ Learn More

## BigRigFacts

Empowering Truck
Auctioneers with the most
advanced online bidding
technology and customer
support services.

+ Learn More

## VehicleFacts

Empowering Car
Auctioneers with the most
advanced online bidding
technology and customer
support services.

+ Learn More

## CollectibleFacts

Empowering Antique
Auctioneers with the most
advanced online bidding
technology and customer
support services.

+ Learn More

## MotorSportsFacts

Empowering Motor Sports
Auctioneers with the most
advanced online bidding
technology and customer
support services.

+ Learn More

## LandandHomeFacts

Empowering Real
Estate Auctioneers with
the most advanced online
bidding technology and
customer support
services.

+ Learn More

## RecreationFacts

Empowering Recreational
Vehicle Auctioneers with
the most advanced online
bidding technology and
customer support
services.

+ Learn More

## StockyardFacts

Empowering Livestock
Auctioneers with the most
advanced online bidding
technology and customer
support services.

+ Learn More

## ControllerFacts

Empowering Aviation
Auctioneers with the most
advanced online bidding
technology and customer
support services.

+ Learn More

## BidderFacts

Empowering Bidders with
the most advanced online
bidding technology and
customer support
services.

+ Learn More

## AuctioneerFacts

Empowering the Auctioneer with a complete, powerful and flexible online auction solution.
Fully integrated White Label solution, seamless integration to your corporate look and feel. + Learn More
Google friendly, SEO-driven (Search Engine Optimization) catalog.
Requires only the most minimal integration and requires minimal investment to get started.





Facts Technology    Home    Why Choose Us    Auctioneers    Contact Us



# Why Facts Technology

Facts Technology has been providing Auctioneers with cutting edge technology, support and services for decades. We know the auction industry and we talk the language.

We have set up an easy to use, industry specific online bidding system that broadcasts auctions from locations around the world and streams directly to a bidder's computer or mobile device. When bidders can't make it to the auction site, they simply login to attend the auction virtually. Our online auction service benefits both sellers and buyers because our system makes it very simple for high numbers of bidders around the world to attend auctions, resulting in an increase of participants per sale. We pride ourselves in providing excellent customer service, responsive technical support staff, custom social media initiatives and promotional video marketing services.

Our bidding technology is fast, reliable, secure, and surpasses the limitations of on-site auctions. Our services are currently used by numerous auctioneers located around the country. Created with the user's experience in mind, the technology includes many features to help online bidders to quickly and easily find the auctions or items they're looking for with more effective filters and search features - all while being equally compatible on both desktop and mobile devices.

We are your #1 source for online auction solutions.





Home     Why Choose Us     Auctioneers     Contact Us

Auctioneers click on the Login button below to enter
your administrative website and manage your
auctions.



Auctioneers watch the video to learn about Auctioneer Facts









# Auctioneer Facts

**we broadcast**

# YOUR AUCTIONS

**since 1999**



**LIVE VIDEO AND AUDIO SIMULCAST**



**NO COMMISSION ON YOUR SALES**

**BUILD YOUR OWN BRAND**
PRIVATELY BRANDED AUCTION
PLATFORM ON YOUR WEBSITE

0:02 / 01:05

AUCTIONEERFACTS.COM

# Why Auctioneer Facts?

Auctioneer Facts is an online broadcaster of live webcast and timed auctions. With Auctioneer Facts, you can webcast your auctions online around the world or around the corner. Our system is web 2.0-based, linked directly to your website and keeps your clients inside your own auction platform. We offer the latest and safest web technology with real time video and audio and easy-to-use bidder interface.



# Our Experienced Team

## Auctioneer Facts: decades of auction exerience and online bidding

- Led by Larry Garafola, Founder of Equipmentfacts
- Team of auction professionals and programmers
- Over 18 years of experience
- Excellent reputation in the market
- Over 100,000 auctions conducted with flying colors
- State-of-the-art mobile technology
- Far-reaching SEO expertise
- Tried and renowned Technology
- Proactive solutions and competitive strategies
- 24/7 technical support





# A Complete Solution

- Auctioneer Branded **Solution**
- **Full Administrative tools**
- **Platform** fully integrated **to your website**
- Live Webcast auction system
- **Timed auction system**
- Pre-bidding **available**
- **Payment** solution
- **PCI-compliant**
- SEO-**driven catalog**
- Google-**driven catalog**



# No Commission

**Keep 100% of your Sales; they're yours.**

Auctioneer Facts works on a **commission-free**, flat fee system that lets you keep the full amount earned at your auctions. Our fee includes all our online broadcasting and services as well as real time video and audio services. Additional services available upon request.



# Our Mobile Solutions: Go Beyond!

**Your audience is shifting gears, follow its path and be accessible at all times.**

Nowadays, mobility has become an essential element that will leave its mark in the course of the next decade. Internet browsing habits are changing and we are witnessing a profound shift towards mobile platforms. It is expected that mobile phones will become the first Internet connection tool **worldwide within 2020**.

Mobile sites **offer its audience a** user-friendly browsing experience **from their Smartphone.** · **Consumers therefore have access to** relevant information **and to a company's** services **at all times.**



# Help with Integration

**Our solution is compatible with your auction management systems.**

Auctioneer Facts ensures smooth integration of its platform with your auction management software.

- Bulk upload Lots to create online catalog
- Bulk upload pictures and image management system
- Create & Manage Auctions, News, Banners for your website
- Easy upload of bidders, consignors and staff

# SEO: Get Exposed!

## A well-indexed website on search engines to generate MORE Web traffic

Making sure your bidders and customers can easily find your website thanks to search engines is one of our priorities. At Auctioneer Facts, we make it our duty to work in close partnership with you in order to make your website appear on the first results page after a keyword search related to your field of activity, on main search engines.

Your website's SEO and positioning is executed by our team of SEO and SEM specialized strategists who pay full attention to the latest SEO and indexing developments

Today, positioning requirements on search engines are essential to the exposure of your auctions. At Auctioneer Facts, website optimization is included in all of our quotes.



Google  bing  YAHOO!

# Our Live Webcast Solution

## Clerk Screen



## Bidder Screen



# Our Timed Auction Solution

- Auctions feature a display, beginning and ending date and time
- Set a minimum starting price if desired
- Set your own bid extension if desired
- Upload multiple photographs, videos and documents for each item



# Auction Administration Interface

## Easy-to-use for all staff

* Access independent of user's computer speed
* Secure client database
* Creation and management of User accounts
* Secure and privileged levels of staff access
* Credit limit management
* Catalog management
* Full size, detailed view of thumbnail photos
* Real time audio and video of live auction;
* Organized list of items up for bid at each auction;
* Full report of auction results following each auction



# Training

We provide a complete training program so that your staff can feel comfortable using the system. It is important to highlight that due to our long standing experience in the auction market, we have developed easy-to-use interfaces. Our training program includes video tutorials, manuals and computer sharing to ensure your staff is fully knowledgeable.



Empowering the Auctioneer with a complete, powerful and flexible online auction solution.
Fully integrated White Label solution, seamless integration to your corporate look and feel.→ Learn More
Google friendly, SEO-driven (Search Engine Optimization) catalog.
Requires only the most minimal integration and requires minimal investment to get started.

## Contact Us

| Name | Email |

Message

Submit

699 US Highway 202 - Flemington, New Jersey 08822     Tel. 908-224-3838     Email. info@factstech.com

© 2019 Facts Technology LLC.

EXHIBIT C

# BROADCASTING & STREAMING



Equipmentfacts' easy-to-use, industry-specific online bidding system broadcasts auctions from locations around the world and streams them directly to a bidder's computer. Equipmentfacts handles many of the most time-consuming aspects of bidder management, including the bidder approval process, uploading the sales-day catalog, and clerking on auction day.

## EQUIPMENTFACTS BENEFITS

- Easy-to-use, industry-specific online bidding system
- Broadcasts auctions from anywhere in the world
- Streams auctions directly to bidders' computers



# EQUIPMENTFACTS

Equipmentfacts offers bidding management solutions that make it easy for local auction companies to accept bids from anywhere in the world. Serving auctioneers worldwide, Equipmentfacts streams live, high-definition broadcasts of auctions directly to bidders' computers. The fast, secure, and user-friendly online bidding system makes it easy for bidders to participate, enabling them to place pre-bids and real-time bids, view detailed sales catalogs with multiple photos from each lot, check current bids, and communicate with auction clerks.



## ACCESS

For almost two decades, Equipmentfacts has been helping auctioneers simulcast their live onsite equipment auctions with a complete set of auction and bidder management tools. In addition to this extensive track record of successful auction support, Equipmentfacts also enables auctioneers to:

- Simulcast live onsite auctions to national and international bidders
- Use a complete turnkey solution for online bidding and bidder management
- Rely on Equipmentfacts staff to perform bidder approvals, upload sales day catalogs, and complete auction day clerking tasks
- Provide bidders with auction day chat support from highly knowledgeable technicians

Equipmentfacts also enables auctioneers to offer their customers the ability to accomplish the following things, all through Equipmentfacts.com:

- View a complete auction calendar
- Submit pre-bids and remote real-time bids
- Browse auctions and sales catalogs
- Find auctioneers
- Register to bid
- Add listings and auctions to a Watch List
- Set alerts
- View current and previous auction results

# EXHIBIT D




# Why Facts Technology

Facts Technology has been providing Auctioneers with cutting edge technology, support and services for decades. We know the auction industry and we talk the language.

We have set up an easy to use, industry specific online bidding system that broadcasts auctions from locations around the world and streams directly to a bidder's computer or mobile device. When bidders can't make it to the auction site, they simply login to attend the auction virtually. Our online auction service benefits both sellers and buyers because our system makes it very simple for high numbers of bidders around the world to attend auctions, resulting in an increase of participants per sale. We pride ourselves in providing excellent customer service, responsive technical support staff, custom social media initiatives and promotional video marketing services.

Our bidding technology is fast, reliable, secure, and surpasses the limitations of on-site auctions. Our services are currently used by numerous auctioneers located around the country. Created with the user's experience in mind, the technology includes many features to help online bidders to quickly and easily find the auctions or items they're looking for with more effective filters and search features - all while being equally compatible on both desktop and mobile devices.

**We are your #1 source for online auction solutions.**

# Help with Integration

**Our solution is compatible with your auction management systems.**

Auctioneer Facts ensures smooth integration of its platform with your auction management software.

- Bulk upload Lots to create online catalog
- Bulk upload pictures and image management system
- Create & Manage Auctions, News, Banners for your website
- Easy upload of bidders, consignors and staff

# A Complete Solution

- Auctioneer Branded Solution
- Full Administrative tools
- Platform fully integrated to your website
- Live Webcast auction system
- Timed auction system
- Pre-bidding available
- Payment solution
- PCI-compliant
- SEO-driven catalog
- Google-driven catalog



# EXHIBIT E

**From:** Evan Welch <evan@auctiontime.com>
**Sent:** Wednesday, November 27, 2019 8:59 AM
**To:** Alex Essay <alex-essay@sandhills.com>; Tony Deitering <tony-deitering@sandhills.com>
**Subject:** FW: [BULK] [MKTG] Sending thankful praise your way

**From:** Omar Attaie <omar-attaie@machinerytrader.com>
**Sent:** Wednesday, November 27, 2019 8:45 AM
**To:** Evan Welch <evan@auctiontime.com>; Mitch Helman <mitch-helman@sandhills.com>
**Cc:** Stuart Saunders <stuart@auctiontime.com>
**Subject:** FW: [BULK] [MKTG] Sending thankful praise your way

**From:** Frank Hilton <fhilton@aisequip.com>
**Sent:** Wednesday, November 27, 2019 8:44 AM
**To:** Omar Attaie <omar-attaie@machinerytrader.com>
**Subject:** Fwd: [BULK] [MKTG] Sending thankful praise your way

Frank Hilton
AIS Equipment
517-202-2160
www.aisequip.com

Begin forwarded message:

**From:** Facts Technology LLC <info@factstech.com>
**Date:** November 27, 2019 at 9:08:49 AM EST
**To:** Frank Hilton <fhilton@aisequip.com>
**Subject:** **[BULK] [MKTG] Sending thankful praise your way**
**Reply-To:** info@factstech.com



We would like to take this opportunity to thank our loyal Bidders, Auctioneers and Followers for your business. We wish you and your family have a Happy and Safe Thanksgiving.



908-224-3838 | www.factstech.com | info@factstech.com

Facts Technology LLC | 699 US Route 202, Flemington, NJ 08822

Unsubscribe fhilton@aisequip.com

Update Profile | About Constant Contact

Sent by info@factstech.com in collaboration with



Try email marketing for free today!

Attention: This email was sent from someone outside of AIS/CRC/MCS/CFC. Always use caution when opening attachments or clicking links from unknown senders or when receiving unexpected emails.

Disclaimer: No agent, employee, or representative of AIS Construction Equipment Corporation has any authority to bind AIS to any affirmation, promise, representation, or warranty, unless it is expressly made and agreed to in a written and fully executed Sales Contract. No information in this communication shall become part of any contract for sale unless expressly agreed to by AIS in a fully executed Sales Contract.

# EXHIBIT F

| Lot # | Year | Manufacturer | Model | Category | Winning Bid |
|-------|------|--------------|-------|----------|-------------|
| 76 | 2012 | FORD | F250 | Light Duty Trucks - Pickup Trucks 4WD - 3/4 Ton | USD $3,025.00 |
| 75 | 2012 | FORD | F250 | Light Duty Trucks - Pickup Trucks 4WD - 3/4 Ton | USD $4,675.00 |
| 74 | 2014 | FORD | F250 | Light Duty Trucks - Pickup Trucks 4WD - 3/4 Ton | USD $3,575.00 |
| 73 | 2012 | FORD | F250 | Light Duty Trucks - Pickup Trucks 4WD - 3/4 Ton | USD $3,300.00 |
| 72 | 2012 | FORD | F150 | Light Duty Trucks - Pickup Trucks 4WD - 1/2 Ton | USD $4,400.00 |
| 71 | 2007 | FORD | F150 | Light Duty Trucks - Pickup Trucks 4WD - 1/2 Ton | USD $2,475.00 |
| 70 | 2012 | FORD | F250 | Light Duty Trucks - Pickup Trucks 4WD - 3/4 Ton | USD $7,975.00 |
| 69 | 2007 | CHEVROLET | 2500HD | Light Duty Trucks - Pickup Trucks 4WD - 3/4 Ton | USD $4,400.00 |
| 68 | 2011 | FORD | F250 | Light Duty Trucks - Pickup Trucks 4WD - 3/4 Ton | USD $4,400.00 |
| 67 | 2011 | FORD | F250 | Light Duty Trucks - Pickup Trucks 4WD - 3/4 Ton | USD $5,775.00 |
| 66 | 2011 | GMC | 2500 | Light Duty Trucks - Pickup Trucks 4WD - 1/2 Ton | USD $7,700.00 |
| 65 | 2012 | FORD | F250 | Light Duty Trucks - Pickup Trucks 4WD - 3/4 Ton | USD $9,075.00 |
| 64 | 2013 | FORD | F150 | Light Duty Trucks - Pickup Trucks 4WD - 1/2 Ton | USD $7,975.00 |



Equipmentfacts
Powered by TractorHouse.com, MachineryTrader.com, TruckPaper.com & MarketBook.com
📞 (908) 788-2025  f  🐦

# EXHIBIT G





Upcoming Sales    Past Sales    About Us    Bidders    Auctioneers    Newsletter    Contact Us

## Permian International Energy Services - End of the Year Sale
2019-12-10 09:00

Auction Details

Private Webcast auction
Starts in 6d 15h 52m 25s

| | |
|---|---|
| **Time Zone :** | US/Eastern (EST) |
| **Currency :** | USD |
| **Buyer Premium :** | 7.00 % |
| **Max Bid Type :** | All bids allowed |
| **Max Bid Registration Start :** | 2019-12-02 09:00 |
| **Max Bid Registration End :** | Till the end |

**Request access**

**View catalog (646)**

Any category    ⌄    search

1    2    3    4    5    6    7    8    9    10    11    12    13    14    15    16    17



**Lot 1 - SHOP BUILT T/A BBQ TRAILER W/ 20" X 5' PITS**

| Lot | 1 |
| Run | 1 |
| | Bid History |
| Current bid | 0 USD |



**Lot 2 - 2002 SAGE OIL VAC JOBSITE T/A LUBE TRAILER**

| Lot | 2 |
| Run | 2 |
| | Bid History |
| Current bid | 0 USD |



**Lot 3 - (4) ROSEDALE PRODUCTS 150 PSI LIQUID FILTRATION**

| Lot | 3 |
| Run | 3 |
| | Bid History |
| Current bid | 0 USD |



**Lot 4 - MISSION MAGNUM 10X8X14 SANDMASTER CENT PUMP W/ (2) B**

| Lot | 4 |
| Run | 4 |
| | Bid History |
| Current bid | 0 USD |



**Lot 5 - 2013 HAULMARK T/A GN CARGO TRAILER**

| Lot | 5 |
| Run | 5 |
| | Bid History |
| Current bid | 0 USD |



**Lot 6 - CASE 580G 6K# RT FORKLIFT**

| Lot | 6 |
| Run | 6 |
| | Bid History |
| Current bid | 0 USD |



**Lot 7 - 1998 HELI FD220 FORKLIFT**

| Lot | 7 |
| Run | 7 |
| | Bid History |
| Current bid | 0 USD |



**Lot 7A - 2012 JOHN DEERE 644K WHEEL LOADER**

| Lot | 7A |
| Run | 7A |
| | Bid History |
| Current bid | 0 USD |














Lot 8 - 2012 JOHN DEERE 672G MOTOR GRADER

Lot 8
Run 8
Bid History
Current bid 0 USD

detail

Lot 9 - 2010 FORD TAURUS LIMITED

Lot 9
Run 9
Bid History
Current bid 0 USD

detail

Lot 10 - 2006 FORD F550 QUAD CAB DUALLY SERVICE TRUCK

Lot 10
Run 10
Bid History
Current bid 0 USD

detail

Lot 11 - 2016 FORD XL F150

Lot 11
Run 11
Bid History
Current bid 0 USD

detail

Lot 12 - 2016 FORD XL F150 PICKUP

Lot 12
Run 12
Bid History
Current bid 0 USD

detail

Lot 13 - 2015 FORD F150 4X4 XLT CREW CAB PICKUP

Lot 13
Run 13
Bid History
Current bid 0 USD

detail

Lot 14 - 2014 FORD F250 SUPER DUTY

Lot 14
Run 14
Bid History
Current bid 0 USD

detail

Lot 15 - 2014 FORD XL F250 3/4 TON SGL CAB PICKUP

Lot 15
Run 15
Bid History
Current bid 0 USD

detail

Lot 36 - 2011 FORD F250 LARIAT SUPER DUTY CREW CAB

Lot 36
Run 36
Bid History
Current bid 0 USD

detail

Lot 37 - 2011 FORD F150 XL 4X4

Lot 37
Run 37
Bid History
Current bid 0 USD

detail

Lot 38 - 2011 FORD XLT F-150

Lot 38
Run 38
Bid History
Current bid 0 USD

detail

Lot 39 - 2011 FORD XLT F150

Lot 39
Run 39
Bid History
Current bid 0 USD

detail

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17

© 2019 Oilfieldfacts

Contact 1-908-224-3838

**Navigation**

- Upcoming Auctions
- Past Sales
- Contact Us

**Others**

- Connection Test

**Company**

- About Us
- News
- Bidders
- Auctioneers
- Newsletter

**Contact Information**

OILFIELDFACTS, A FACTS TECHNOLOGY COMPANY
699 US Hwy 202, Flemington,
New Jersey, United States (08822)
1-908-224-3838
info@factstech.com

SHARE