BRESSLER, AMERY & ROSS, P.C.
John D. Miller, III
Justin E. Condit
325 Columbia Turnpike
Florham Park, NJ 07932
(973) 514-1200
(973) 514-1660 (facsimile)

and

KOLEY JESSEN PC, LLO
Margaret C. Hershiser *(pro hac vice* motion to be filed)
Patrice D. Ott (*pro hac vice* motion to be filed)
One Pacific Place, Suite 800
1125 South 103rd Street
Omaha, NE 68124-1079
(402) 390-9500
(402) 390-9500 (facsimile)

*Attorneys for Plaintiff, Sandhills Global, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SANDHILLS GLOBAL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>LAWRENCE GARAFOLA, individual, and FACTS TECHNOLOGY LLC, a New Jersey limited liability company,<br><br>Defendants. | Civil Action No. 3:19-cv-20669<br><br>**CERTIFICATION OF SERVICE** |

**JOHN D. MILLER, III,** hereby certifies as follows:

1. I am an attorney with the law firm of Bressler, Amery & Ross, P.C., attorneys for Plaintiff Sandhills Global, Inc. ("Sandhills").

2. On December 9, 2019, I e-filed via CM/ECF with the Clerk, U.S. District Court, District of New Jersey: (1) Plaintiff's Brief in Opposition to Defendants Motion to Dismiss; and (2) Certification of Service.

3. On December 9, 2019, I served the above documents via CM/ECF on the following:

Steven Farsiou, Esq.
Trinity & Farsiou
47 Maple Avenue, Suite 7
Flemington, NJ 08822
Counsel for Defendants
Larry Garafola and
Facts Technology LLC

I certify that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

By: *__/s/ John D. Miller, III__*
John D. Miller, III

Dated: December 9, 2019