**TRINITY & FARSIOU, LLC**
Steven D. Farsiou, Esq. (026442000)
47 Maple Ave., Suite 7
Flemington, NJ 08822
P: (908) 824-7265
F: (908) 968-3891
Attorneys for Defendants, Lawrence Garafola and Facts Technology, LLC

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SANDHILLS GLOBAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> LAWRENCE GARAFOLA, individual, and FACTS TECHNOLOGY, LLC, a New Jersey limited liability company, <br><br> Defendants. | Civil Action No.: 19-cv-20669 <br><br><br> **CERTIFICATION OF STEVEN D. FARSIOU, ESQ.** |

I, Steven D. Farsiou, of full age, certify as follows:

1.      Attached hereto as **Exhibit C** is a true and exact copy the Certification of Eric Dyess.  I have conferred with Mr. Dyess and he has confirmed that his signature is authentic.

2.      Attached hereto as **Exhibit D** is a true and exact copy the excel spreadsheet comparing Equipmentfacts and Facts Technology.

3.      Attached hereto as **Exhibit E** is a true and exact copy of the N.J. Business information pertaining to Facts Technology, LLC.

I certify that the foregoing statements are true.  I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

**TRINITY & FARSIOU, LLC**
Attorneys for Defendants

Dated: 12/10/19

_____
STEVEN D. FARSIOU

# Exhibit C

**TRINITY & FARSIOU, LLC**
Steven D. Farsiou, Esq. (026442000)
47 Maple Ave., Suite 7
Flemington, NJ 08822
P: (908) 824-7265
F: (908) 968-3891
Attorneys for Defendants, Lawrence Garafola and Facts Technology, LLC

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SANDHILLS GLOBAL, INC.,<br><br>                    Plaintiffs,<br><br>        v.<br><br>LAWRENCE GARAFOLA, individual, and FACTS TECHNOLOGY, LLC, a New Jersey limited liability company,<br><br>                    Defendants. | Civil Action No.: 19-cv-20669<br><br><br>**CERTIFICATION OF ERIC DYESS** |

I, Eric Dyess, of full age, certify as follows:

1.      I submit this Certification in support of Defendants' opposition to Plaintiff's Application for a Temporary Restraining Order ("TRO") and Preliminary Injunction.

2.      I am one of the owners of Permian International Energy Services, LLC ("Permian").

3.      I was advised that the Plaintiff in the above-referenced matter has made the allegation that Permian was a "long-standing" customer of Plaintiff.

4.      This contention is not factually accurate.

5.      Permian has been doing business since October 3, 2018. It was a whole new company with no track record. I could have picked anybody to do business with as for our auctions.

6.      I sought out Defendant, Larry Garafola, because he is familiar with oilfield auctions, something Plaintiff does not have.

7.      It should also be noted that our online bidding provider of choice is Proxibid, which is a direct competitor of the Plaintiff.

8.      Defendant, Larry Garafola, did not solicit the business of Permian.

I certify that the foregoing statements are true.  I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated:

ERIC DYESS

# Exhibit D

# Comparison of the functionality and contents of Equipmentfacts vs. Facts Technologyh/AuctioneerFacts

| Number | Task/Function | Equipmentfacts | Equipmentfacts URL | Facts Technology/AuctioneerFacts | Facts Technology/AuctioneerFacts |
|---|---|---|---|---|---|
| 1 | Bidder Registration | Yes | https://www.equipmentfacts.com%2f | No | None |
| 2 | Bidder Login | Yes | https://www.equipmentfacts.com/sso/login?to=http%3a%2f%2fwww.equipmentfacts.com%2f | No | None |
| 3 | Auction Calendar | Yes | https://www.equipmentfacts.com/events/upcoming | No | None |
| 4 | My Account | Yes | https://www.equipmentfacts.com/account | No | None |
| 5 | Dealer Login | Yes | https://www.equipmentfacts.com/# | No | None |
| 6 | Find Auctioneers | Yes | https://www.equipmentfacts.com/auctioneers/list | No | None |
| 7 | Auction Alerts | Yes | https://www.equipmentfacts.com/alert/preferences | No | None |
| 8 | Search Function | Yes | https://www.equipmentfacts.com/listings/construction-equipment/auctions/online/search | No | None |
| 9 | Find Auctioneers | Yes | https://www.equipmentfacts.com/auctioneers/list | No | None |

| | | | | |
|---|---|---|---|---|
| 10 | Browse Auctions | Yes | https://www.equipmentfacts.com/events/upcoming | No | None |
| 11 | Browse Auction Results | Yes | https://www.equipmentfacts.com/events/past | No | None |
| 12 | Auction Terms & Conditions | Yes | https://www.equipmentfacts.com/# | No | None |
| 13 | Sale Catalog Link | Yes | https://www.equipmentfacts.com/listings/auctions/online/event/183308933/list | No | None |
| 14 | View Auctioneer Information | Yes | https://www.equipmentfacts.com/events/upcoming/gilberts-sale-yard?crmid=7778013 | No | None |
| 15 | Email Sale Catalog | Yes | https://www.equipmentfacts.com/email/email-page?prepage=http%3a%2f%2fwww.equipmentfacts.com%2flistings%2fauctions%2fonline%2fevent%2f18330893 3%2flist | No | None |
| 16 | Print Sale Catalog | Yes | https://www.equipmentfacts.com/listings/auctions/online/event/183308933/list | No | None |
| 17 | Email Seller | Yes | https://www.equipmentfacts.com/email/construction-equipment/dealer/3173883?ReferenceType=ohid&ReferenceID=188722889 | No | None |

| 18 | Auction Results | https://www.equipmentfact s.com/events/past/gilberts-sale-yard?crmid=7778011 | No | None |
| 19 | Category Listing | https://www.equipmentfact s.com/# | Yes | None |
| 20 | View Watch List | https://www.equipmentfact s.com/events/watchlist/aucti ons/online | Yes | None |
| 21 | Save Auction | https://www.equipmentfact s.com/events/add/watchlist/ 1833089337?o=%2f | Yes | None |
| 22 | Contact Us | https://www.equipmentfact s.com/info/contact-us | Yes | https://factstechnologyllc.com/cont act-us |

There are 22 functions or sections of both websites identified above and the only common one is #22, Contact Us.  There is no way whatsoever that anyone can state that these two websites are identical, that they provide the same level of service.

# Exhibit E

STATE OF NEW JERSEY
DIVISION OF REVENUE AND ENTERPRISE SERVICES

# BUSINESS NAME SEARCH

Search Types    Help

## Business Name Search

### Search Criteria

Required Fields [ * ]

Business Name *

[ FACTS TECHNOLOGY ]

Use "%" as a wildcard

[ Search → ]    [ X Cancel ]

Show [ 10 ▾ ] entries

| Business Name | Entity Id ‹› | City | Type ‹› | Incorporated Date ‹› |
|---|---|---|---|---|
| FACTS TECHNOLOGY LIMITED LIABILITY COMPANY | 0400035572 | BRANCHBURG | LLC | 8/3/2003 |
| FACTS TECHNOLOGY LLC | 0450418069 | FLEMINGTON | LLC | 9/16/2019 |

Showing 1 to 2 of 2 entries

« Previous   Next »