# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES OF PROCEEDINGS

**OFFICE:** TRENTON  **DATE:** JANUARY 22, 2020

**JUDGE MICHAEL A. SHIPP**

**COURT REPORTER:** CATHY FORD

**TITLE OF CASE:**  **CIVIL ACTION #** 19-20669 (MAS)
SANDHILLS GLOBAL, INC.
  vs.
LAWRENCE GARAFOLA, SR., et al.

**APPEARANCES:**
John D. Miller, III, Esq. for Plaintiff
Steven D. Farsiou, Esq. for Defendants

**NATURE OF PROCEEDINGS:**
Telephone Status Conference held.
Parties to meet and confer prior to the hearing.

Time commenced:  3:30 PM
Time Adjourned:  3:45 PM
Total Time:      15 min

s/ Gina Hernandez-Buckley
**DEPUTY CLERK**