**TRINITY & FARSIOU, LLC**
Steven D. Farsiou, Esq. (026442000)
47 Maple Ave., Suite 7
Flemington, NJ 08822
P: (908) 824-7265
F: (908) 968-3891
Attorneys for Defendants, Lawrence Garafola and Facts Technology, LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SANDHILLS GLOBAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> LAWRENCE GARAFOLA, individual, and FACTS TECHNOLOGY, LLC, a New Jersey limited liability company, <br><br> Defendants. | Civil Action No.: 19-cv-20669 <br><br> **CERTIFICATION OF STEVEN D. FARSIOU, ESQ.** |

I, Steven D. Farsiou, of full age, certify as follows:

1. Attached hereto as **Exhibit A** is a true and exact copy of the transcript of the first day of the Preliminary Injunction hearing dated February 6, 2020.

2. Attached hereto as **Exhibit B** is a true and exact copy of the transcript of the second day of the Preliminary Injunction hearing dated February 21, 2020.

Attached hereto as **Exhibit C** is a true and exact copy of Judge Michael A. Shipp, U.S.D.J.'s Memorandum Order dated August 30, 2019 in the Sandhills Global, Inc. v. Lawrence Garafola, Sr., et al. matter with Case No. 3:19-cv-17225.

I certify that the foregoing statements are true.  I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

                                                                    **TRINITY & FARSIOU, LLC**
                                                                    Attorneys for Defendants

Dated: 3/3/2020                                           _____
                                                                      STEVEN D. FARSIOU