**BRESSLER, AMERY & ROSS, P.C.**
John D. Miller, III
Justin E. Condit
325 Columbia Turnpike
Florham Park, NJ 07932
(973) 514-1200
(973) 514-1660 (facsimile)
*Attorneys for Plaintiff Sandhills Global, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SANDHILLS GLOBAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> LAWRENCE GARAFOLA, individual, and FACTS TECHNOLOGY LLC, a New Jersey limited liability company, <br><br> Defendants. | Civil Action No. 3:19-cv-20669 <br><br> **[PROPOSED] ORDER GRANTING SANDHILLS' MOTION FOR ATTORNEYS' FEES AND COSTS** |

**THIS MATTER** having come before the Court by way of Plaintiff Sandhills Global Inc.'s, ("Plaintiff") Motion for Attorneys' Fees and Costs. The Court having carefully considered the parties' submissions and arguments; and for other good cause shown,

**IT IS** on this _____ day of _____, 2020, **ORDERED** that Sandhills' Motion for Attorneys' Fees and Costs is **GRANTED**; it is further

**ORDERED** that a judgment is entered against Defendants, Lawrence Garafola and Facts Technology, LLC, in the amount of $264,669.81 as follows:

1. $256,791.50 for attorneys' fees; and
2. $7,878.31 in costs.

_____
Hon. Judge Michael A. Shipp, U.S.D.J.

_____ Opposed

_____ Unopposed