**BRESSLER, AMERY & ROSS, P.C.**
John D. Miller, III
Justin E. Condit
325 Columbia Turnpike
Florham Park, NJ 07932
(973) 514-1200
(973) 514-1660 (facsimile)
*Attorneys for Plaintiff Sandhills Global, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SANDHILLS GLOBAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> LAWRENCE GARAFOLA, individual, and FACTS TECHNOLOGY LLC, a New Jersey limited liability company, <br><br> Defendants. | Civil Action No. 3:19-cv-20669 <br><br><br> **CERTIFICATE OF SERVICE** |

**John D. Miller, III** of full age, certify as follows:

1. I am an attorney at law of the State of New Jersey and a Principal of the law firm of Bressler, Amery & Ross, P.C. ("Bressler"), which has represented Plaintiff Sandhills Global Inc. ("Sandhills") in the above captioned litigation.

2. On this date, I caused a true copy of:

   a. Sandhills' Notice of Motion for Attorneys' Fees and Costs;

   b. Brief in Support of the Motion for Attorneys' Fees and Costs;

   c. The Declaration of John D. Miller, III with exhibits:

      i. Exhibit 1 - United States Attorney's Office Attorney's Fees Matrix for 2015-2020

      ii. Exhibit 2 - Community Legal Services of Philadelphia Fee Schedule

1

      iii. Exhibit 3 - Non-competition, Non-interference and Confidentiality Agreement;

      iv. Exhibit 4 (**FILED UNDER SEAL**) – Unredacted invoices for Bressler, Amery & Ross, P.C.;

      v. Exhibit 5 (**FILED UNDER SEAL**) – Unredacted invoices for Koley Jessen;

      vi. Exhibit 6 - Declaration of Alexander Essay;

      vii. Exhibit 7 - Redacted invoices for Bressler, Amery & Ross, P.C.; and

      viii. Exhibit 8 - Redacted invoices for Koley Jessen.

    d. A Proposed Order Granting Sandhills' Motion to For Attorneys' Fees and Costs; and

    e. This Certificate of Service

to be served by the Court's CM/ECF electronic filing system to:

Steven Farsiou, Esq.
Trinity & Farsiou
47 Maple Avenue, Suite 7
Flemington, NJ 08822
Counsel for Defendants
  Larry Garafola and
  Facts Technology LLC

I certify that the foregoing statements made by me are true to the best of my knowledge and belief. I am aware that if any of the foregoing statements by me are willfully false, I am subject to punishment.

Dated: October 9, 2020            By:   */s/ John D. Miller, III*
                                                  John D. Miller, III, Esq.