# EXHIBIT 2



# ATTORNEY FEES

Home / About CLS / Attorney Fees

**EXPLANATORY NOTICE TO THE PUBLIC**

CLS never charges attorney's fees to its clients, although in some cases clients are asked to pay for court filing fees or other out of pocket expenses.

The attached chart lists the fee schedule used by CLS only in cases in which the law allows for the award of attorney's fees from opposing parties in order to compensate CLS for the legal services provided to its clients.

RANGE OF HOURLY RATES*, Effective July 1, 2018

| | |
|---|---|
| Attorneys post-law school experience under 2 years | $200-220 |
| Attorneys 2-5 year's experience | $230-275 |
| Attorneys 6-10 year's experience | $280-360 |
| Attorneys 11-15 year's experience | $375-450 |
| Attorneys 16-20 year's experience | $475-530 |
| Attorneys 21-25 year's experience | $550-640 |
| Attorneys more than 25 year's experience | $650-700 |
| Law Students | $110-160 |
| Paralegal I and II | $160-200 |
| Senior and Supervisory Paralegal | $205-230 |

*These rates do not reflect any adjustment for contingency, and are based on Philadelphia law firm market survey data and increases in the Consumer Price Index.

**THESE FEES ARE NOT CHARGED TO CLS CLIENTS. SEE NOTICE ABOVE.**



**CONTACT INFO**

Center City Office
1424 Chestnut Street, Philadelphia, PA
19102 | 215-981-3700

North Philadelphia Office
1410 W. Erie Avenue, Philadelphia, PA
19140 | 215-227-2400

Landlord Tenant Help Center
1339 Chestnut St. 10th Floor Philadelphia,
PA 19103

**SERVICES**

> PUBLIC BENEFITS
> EMPLOYMENT
> HOUSING
> DEBT & CONSUMER RIGHTS
> UTILITIES
> FAMILY
> CRIMINAL RECORDS
> GET HELP: SENIORS

**RECENT NEWS**

Working Parents Can Get Paid Time Off for Childcare During COVID-19
September 16, 2020

Parent/Child Visits in Philadelphia During COVID-19
September 16, 2020

Federal Court Issues Order Stopping USDA from Denying Emergency SNAP Benefits to the Poorest Pennsylvanians
September 11, 2020

Sign up for Our Newsletter

Email

>

© Community Legal Services of Philadelphia - 2019. | **Website designed by** **TwoG Marketing**

Annual Reports Board of Directors Leadership Council