# EXHIBIT 6

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SANDHILLS GLOBAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> LAWRENCE GARAFOLA, individual, and FACTS TECHNOLOGY LLC, a New Jersey limited liability company, <br><br> Defendants. | Civil Action No. 3:19-cv-20669 |

I, Alexander Essay, hereby certifies as follows:

1. I submit this Declaration in support of Plaintiff's Motion for Attorneys' Fees and Costs.

2. I am the Assistant General Counsel at Sandhills Global, Inc. As such, I am familiar with the matters at issue in this motion.

3. In connection with the preliminary injunction proceeding in the matter, the Court held in-person evidentiary hearings in New Jersey on February 6 and 21, 2020.

4. Evan Welch (Sandhills Director of New Product Sales) and I traveled to New Jersey to attend the hearings on February 6th and 21st.

5. We flew via commercial airline and stayed at local New Jersey hotels.

6. As part of that, Sandhills incurred and paid a total of $2,716.39 in travel expenses broken down as follows:

>   (i) For me, $702.53 to attend the February 6th hearing and $732.59 to attend the February 21st hearing; and

1

    (ii) For Mr. Welch, $606.61 to attend the February 6th hearing and $674.77 to attend the February 21st hearing.

 7. Therefore, Sandhills seeks reimbursement of $2,716.39 incurred in connection with successfully enforcing Lawrence Garafola's restrictive covenant agreements he entered into with Sandhills.

 I hereby declare under penalty of perjury, that the foregoing statements made by me are true and correct.

*/s/ Alexander Essay*

DATED: October 6, 2020