# EXHIBIT 7

```
19469-0001  SANDHILLS GLOBAL, INC.              As Of  Oct 31, 2019
            GARAFOLA, LAWRENCE,  ET AL.

            ALEXANDER J. ESSAY                   INVOICE NO: 557244
            ASSISTANT GENERAL COUNSEL
            SANDHILLS GLOBAL, INC.
            120 WEST HARVEST DRIVE
            LINCOLN,  NEBRASKA  68521
```



```
19469-0001 SANDHILLS GLOBAL, INC.              As Of  Oct 31, 2019
       GARAFOLA, LAWRENCE,  ET AL.             INVOICE NO: 557244
```



10/04/19 JDM               Redacted                .70    262.50   **1**

19469-0001 SANDHILLS GLOBAL, INC.                    As Of  Oct 31, 2019
         GARAFOLA, LAWRENCE,  ET AL.                 INVOICE NO: 557244



19469-0001 SANDHILLS GLOBAL, INC.                    As Of  Oct 31, 2019
          GARAFOLA, LAWRENCE,  ET AL.               INVOICE NO: 557244



19469-0001 SANDHILLS GLOBAL, INC.                As Of  Oct 31, 2019
         GARAFOLA, LAWRENCE,  ET AL.              INVOICE NO: 557244



19469-0001 SANDHILLS GLOBAL, INC.                    As Of  Oct 31, 2019
        GARAFOLA, LAWRENCE,  ET AL.                  INVOICE NO: 557244



```
 19469-0001 SANDHILLS GLOBAL, INC.              As Of  Oct 31, 2019
        GARAFOLA, LAWRENCE,  ET AL.             INVOICE NO: 557244
```



```
            Total Services ........................ $   21000.00

 DUPLICATION                                   10.35

            Total Disbursements ................... $      10.35
            Total Services and Disbursements ...... $   21010.35
```

```
19469-0001 SANDHILLS GLOBAL, INC.                As Of  Oct 31, 2019
         GARAFOLA, LAWRENCE,  ET AL.             INVOICE NO: 557244


        ****************************************************************
*----------------------------TIME AND FEE SUMMARY-------------------------*
*----------TIMEKEEPER---------*            HOURS         RATE          FEES


JDM     J. D. MILLER, III        56.00 hours at  $375.00 =     21000.00
```

```
19469-0001  SANDHILLS GLOBAL, INC.              As Of  Nov 26, 2019
            GARAFOLA, LAWRENCE,  ET AL.

            ALEXANDER J. ESSAY                  INVOICE NO: 559277
            ASSISTANT GENERAL COUNSEL
            SANDHILLS GLOBAL, INC.
            120 WEST HARVEST DRIVE
            LINCOLN,  NEBRASKA  68521
```



```
19469-0001 SANDHILLS GLOBAL, INC.              As Of  Nov 26, 2019
         GARAFOLA, LAWRENCE,  ET AL.           INVOICE NO: 559277
```

11/07/19 JDM            Redacted                 1.80   675.00    **1**

11/15/19 JDM            Redacted                  .20    75.00    **1**

11/15/19 JDM                                     1.70   637.50    **1**

```
19469-0001 SANDHILLS GLOBAL, INC.              As Of  Nov 26, 2019
        GARAFOLA, LAWRENCE,  ET AL.            INVOICE NO: 559277
```

Redacted

| | | |
|---|---|---|
| 11/18/19 JDM | 1.10 | 412.50 **1** |
| 11/18/19 JDM | .30 | 112.50 **1** |
| 11/18/19 JDM | 2.30 | 862.50 **1** |
| 11/19/19 JDM | .30 | 112.50 **1** |
| 11/19/19 JDM | .30 | 112.50 **1** |
| 11/19/19 JDM | 2.10 | 787.50 **1** |

```
19469-0001 SANDHILLS GLOBAL, INC.              As Of  Nov 26, 2019
         GARAFOLA, LAWRENCE,  ET AL.           INVOICE NO: 559277

11/20/19 JDM            Redacted                   .60   225.00       1
```



```
11/20/19 JDM            Redacted                  3.20  1200.00       1


11/20/19 JDM                                       .30   112.50       1


11/20/19 JDM                                       .40   150.00       1

11/20/19 JDM                                      2.00   750.00       1

11/20/19 JDM                                       .80   300.00       1


11/20/19 JEC                                       .50   162.50       1
11/20/19 JEC                                       .30    97.50       1

11/20/19 JEC                                      2.30   747.50
                                                                      1
11/20/19 JEC                                      1.30   422.50
                                                                      1
11/20/19 JEC                                       .20    65.00       1
11/21/19 JDM                                       .40   150.00       1
```

```
19469-0001 SANDHILLS GLOBAL, INC.              As Of  Nov 26, 2019
           GARAFOLA, LAWRENCE,  ET AL.         INVOICE NO: 559277
```

| Date | Init | | Hours | Amount | |
|------|------|--|-------|--------|--|
| 11/21/19 | JDM | Redacted | .90 | 337.50 | **1** |
| 11/21/19 | JDM | | .50 | 187.50 | **1** |
| 11/21/19 | JDM | Redacted | 1.00 | 375.00 | **1** |
| 11/21/19 | JDM | Redacted | .40 | 150.00 | **1** |
| 11/21/19 | JDM | Redacted | 3.10 | 1162.50 | **1** |
| 11/21/19 | JDM | | .30 | 112.50 | **1** |
| 11/21/19 | JDM | | 1.90 | 712.50 | **1** |
| 11/21/19 | JEC | | .70 | 227.50 | **1** |
| 11/21/19 | JEC | | 1.20 | 390.00 | **1** |
| 11/21/19 | JEC | | 2.50 | 812.50 | **1** |
| 11/21/19 | JEC | | 3.00 | 975.00 | **1** |

```
  19469-0001 SANDHILLS GLOBAL, INC.          As Of  Nov 26, 2019
           GARAFOLA, LAWRENCE,  ET AL.        INVOICE NO: 559277
```

| | | | |
|---|---|---|---|
| 11/21/19 JEC | Redacted | 1.90 | 617.50 | **1** |
| 11/21/19 JEC | | .10 | 32.50 | **1** |
| 11/21/19 AJK | | 2.30 | 460.00 | **1** |
| 11/22/19 JDM | | 2.90 | 1087.50 | **1** |
| 11/22/19 JDM | | .50 | 187.50 | **1** |
| 11/22/19 JDM | | 1.20 | 450.00 | **1** |
| 11/22/19 JDM | | 3.50 | 1312.50 | **1** |
| 11/22/19 JDM | | .50 | 187.50 | **1** |
| 11/22/19 JDM | | 1.00 | 375.00 | **1** |
| 11/22/19 JDM | Redacted | .80 | 300.00 | **1** |
| 11/22/19 JDM | | .30 | 112.50 | **1** |
| 11/22/19 JEC | | 1.20 | 390.00 | **1** |

```
19469-0001 SANDHILLS GLOBAL, INC.          As Of  Nov 26, 2019
           GARAFOLA, LAWRENCE,  ET AL.      INVOICE NO: 559277
```

| Date | Init | | Hours | Amount | |
|------|------|---|-------|--------|---|
| 11/22/19 | JEC | Redacted | .50 | 162.50 | **1** |
| 11/22/19 | JEC | | 1.80 | 585.00 | **1** |
| 11/22/19 | JEC | | .50 | 162.50 | **1** |
| 11/22/19 | JEC | | .90 | 292.50 | **1** |
| 11/22/19 | JEC | | .50 | 162.50 | **1** |
| 11/22/19 | AJK | | .80 | 160.00 | **1** |
| 11/22/19 | AJK | | .30 | 60.00 | **1** |
| 11/23/19 | JDM | | 6.30 | 2362.50 | **1** |
| 11/24/19 | JDM | Redacted | 4.60 | 1725.00 | **1** |
| 11/25/19 | JDM | | 1.20 | 450.00 | **1** |
| 11/25/19 | JDM | | 6.10 | 2287.50 | **1** |
| 11/25/19 | JDM | | .50 | 187.50 | **1** |

```
19469-0001 SANDHILLS GLOBAL, INC.                 As Of  Nov 26, 2019
          GARAFOLA, LAWRENCE,  ET AL.             INVOICE NO: 559277
```

| Date | Init | Description | Hours | Amount | |
|------|------|-------------|-------|--------|---|
| 11/25/19 | AJK | Redacted | 1.60 | 320.00 | **1** |
| 11/26/19 | JDM | | 2.70 | 1012.50 | **1** |

| | | | | | |
|---|---|---|---|---|---|
| 11/26/19 | JDM | Redacted | .50 | 187.50 | **1** |
| 11/26/19 | JDM | | .40 | 150.00 | **1** |
| 11/26/19 | JDM | | 1.00 | 375.00 | **1** |
| 11/26/19 | JDM | | .50 | 187.50 | **1** |
| 11/26/19 | JDM | | .30 | 112.50 | **1** |
| 11/26/19 | JDM | | .30 | 112.50 | **1** |
| 11/26/19 | JDM | Redacted | .30 | 112.50 | **1** |

```
 19469-0001 SANDHILLS GLOBAL, INC.           As Of  Nov 26, 2019
         GARAFOLA, LAWRENCE,  ET AL.         INVOICE NO: 559277

11/26/19 JDM            Redacted                 .70   262.50     1


11/26/19 JDM                                     .50   187.50     1


11/26/19 JDM                                     .40   150.00     1


11/26/19 JDM                                    2.30   862.50     1


11/26/19 JEC                                    1.20   390.00     1
11/26/19 JEC                                     .40   130.00     1
11/26/19 JEC                                    1.00   325.00     1
11/26/19 JEC                                     .10    32.50     1

11/26/19 JEC                                    1.00   325.00     1

11/26/19 JEC                                     .50   162.50     1


             Total Services ........................ $   44632.50

       DUPLICATION                            64.05
       COMPUTERIZED LEGAL RESEARCH           490.20

             Total Disbursements ................... $     554.25
```

```
19469-0001 SANDHILLS GLOBAL, INC.                As Of  Nov 26, 2019
        GARAFOLA, LAWRENCE,  ET AL.              INVOICE NO: 559277


            Total Services and Disbursements ...... $   45186.75


      *************************************************************
*----------------------------TIME AND FEE SUMMARY------------------------*
*----------TIMEKEEPER---------*        HOURS       RATE        FEES


JDM       J. D. MILLER, III        95.90 hours at  $375.00 =    35962.50
JEC       J. E. CONDIT             23.60 hours at  $325.00 =     7670.00
AJK       A. J. KIERNEY             5.00 hours at  $200.00 =     1000.00
```

```
 19469-0002  SANDHILLS GLOBAL, INC.                      As Of  Dec 31, 2019
             ADV. FACTS TECHNOLOGY & GARAFOLA, LAWRENCE

             SANDHILLS GLOBAL, INC.                      INVOICE NO: 561446
             SANDHILLS PUBLISHING COMPANY
             C/O MARGARET HERSHISER ESQ.
             KOLEY JESSEN
             1125 SOUTH 103 STREET, SUITE 800
             OMAHA, NEBRASKA 68124
```

| Date | Staff | | Hours | Amount | |
|------|-------|---|-------|--------|---|
| 11/27/19 | JDM | Redacted | .30 | 112.50 | 2 |
| 11/27/19 | JDM | | 2.30 | 862.50 | 2 |
| 12/02/19 | JDM | | .30 | 112.50 | 2 |
| 12/02/19 | JDM | | .90 | 337.50 | 2 |
| 12/02/19 | JDM | | .80 | 300.00 | 2 |
| 12/02/19 | JDM | | 2.30 | 862.50 | 2 |
| 12/03/19 | JDM | | .50 | 187.50 | 2 |
| 12/03/19 | JDM | | .80 | 300.00 | 2 |
| 12/03/19 | JDM | | .30 | 112.50 | 2 |
| 12/03/19 | JDM | | 2.70 | 1012.50 | 2 |

```
19469-0002 SANDHILLS GLOBAL, INC.            As Of  Dec 31, 2019
          ADV. FACTS TECHNOLOGY & GARAFOLA, LAWRENCE   INVOICE NO: 561446
```

| Date | Init | | Hours | Amount | |
|---|---|---|---|---|---|
| 12/03/19 | JEC | Redacted | .90 | 292.50 | 2 |
| 12/03/19 | JEC | | .60 | 195.00 | 2 |
| 12/03/19 | JEC | | .50 | 162.50 | 2 |
| 12/03/19 | JEC | | 1.30 | 422.50 | 2 |
| 12/03/19 | JEC | | 5.60 | 1820.00 | 2 |
| 12/03/19 | JEC | | 1.60 | 520.00 | 2 |
| 12/03/19 | JEC | | 1.30 | 422.50 | 2 |
| 12/04/19 | JDM | Redacted | 4.60 | 1725.00 | 2 |
| 12/04/19 | JDM | | .80 | 300.00 | 2 |
| 12/04/19 | JDM | | .50 | 187.50 | 2 |
| 12/04/19 | JDM | | 1.10 | 412.50 | 2 |

```
  19469-0002 SANDHILLS GLOBAL, INC.              As Of  Dec 31, 2019
           ADV. FACTS TECHNOLOGY & GARAFOLA, LAWRENCE   INVOICE NO: 561446

12/04/19 JEC               Redacted                    .40   130.00 2

12/04/19 JEC                                           .10    32.50 2

12/04/19 JEC                                           .80   260.00 2

12/04/19 AJK                                           .70   175.00 2
12/05/19 JDM                                          2.30   862.50 6

12/05/19 JDM                                           .30   112.50 6

12/05/19 JDM                                           .40   150.00 6

12/05/19 JDM                                          2.30   862.50 6

12/05/19 JDM                                           .30   112.50 2

12/06/19 JDM                                           .50   187.50 2

12/06/19 JDM                                           .60   225.00 2

12/06/19 JDM                                          1.10   412.50 2
```

```
  19469-0002 SANDHILLS GLOBAL, INC.              As Of  Dec 31, 2019
            ADV. FACTS TECHNOLOGY & GARAFOLA, LAWRENCE   INVOICE NO: 561446
```

12/07/19 JDM                                        1.30    487.50  **2**

12/07/19 JDM                                         .20     75.00  **2**

                              Redacted

12/07/19 JDM                                         .20     75.00  **2**

12/08/19 JDM                                        1.00    375.00  **2**

12/09/19 JDM                                         .80    300.00  **2**

12/09/19 JDM                                        2.80   1050.00  **6**

12/09/19 JDM                                        2.40    900.00  **2**

12/09/19 JDM                                        1.30    487.50  **6**

12/09/19 JDM                                         .30    112.50  **2**

12/09/19 JEC                                         .10     32.50  **2**

12/09/19 JEC                                         .40    130.00  **6**

12/10/19 JDM                                        6.20   2325.00  **2**

```
   19469-0002 SANDHILLS GLOBAL, INC.              As Of  Dec 31, 2019
            ADV. FACTS TECHNOLOGY & GARAFOLA, LAWRENCE   INVOICE NO: 561446

12/10/19 JDM              Redacted              1.20   450.00 2

12/10/19 JDM                                     .20    75.00 2

12/10/19 JEC                                     .40   130.00 2

12/10/19 JEC                                    1.80   585.00 2

12/10/19 JEC                                    1.00   325.00 2

12/11/19 JDM                                    2.60   975.00 2
12/11/19 JDM                                    1.30   487.50 2
12/11/19 JDM                                    1.90   712.50 2

12/11/19 JDM                                     .80   300.00 2

12/11/19 JEC                                    2.00   650.00 2

12/11/19 JEC                                    1.20   390.00 2

12/11/19 JEC                                    1.50   487.50 2

12/11/19 JEC                                     .80   260.00 2
```

```
 19469-0002 SANDHILLS GLOBAL, INC.            As Of  Dec 31, 2019
          ADV. FACTS TECHNOLOGY & GARAFOLA, LAWRENCE   INVOICE NO: 561446
```

| Date | Init | | Hours | Amount | |
|------|------|---|-------|--------|---|
| 12/12/19 | JDM | Redacted | 1.90 | 712.50 | **6** |
| | | | | | |
| 12/13/19 | JDM | Redacted | .20 | 75.00 | **6** |
| 12/13/19 | JDM | | .90 | 337.50 | **6** |
| 12/13/19 | JDM | | 1.10 | 412.50 | **6** |
| 12/13/19 | JDM | | .30 | 112.50 | **2** |
| 12/16/19 | JDM | | 1.80 | 675.00 | **2** |
| 12/16/19 | JDM | | .50 | 187.50 | **2** |
| | | Redacted | | | |
| 12/16/19 | JEC | | .90 | 292.50 | **2** |
| 12/17/19 | JDM | | .80 | 300.00 | **2** |

```
19469-0002 SANDHILLS GLOBAL, INC.                As Of  Dec 31, 2019
           ADV. FACTS TECHNOLOGY & GARAFOLA, LAWRENCE   INVOICE NO: 561446
```

| | | | | |
|---|---|---|---|---|
| 12/17/19 JDM | Redacted | 1.20 | 450.00 | **3** |
| 12/17/19 JDM | | .40 | 150.00 | **3** |
| 12/17/19 JDM | | .30 | 112.50 | **3** |
| 12/17/19 JDM | | .30 | 112.50 | **3** |
| 12/17/19 JDM | | .70 | 262.50 | **3** |
| | Redacted | | | |
| 12/17/19 JDM | | .40 | 150.00 | **3** |
| 12/17/19 JEC | | 1.20 | 390.00 | **3** |
| 12/17/19 JEC | | 1.00 | 325.00 | **3** |
| 12/17/19 AJK | Redacted | 1.60 | 400.00 | **3** |

```
 19469-0002 SANDHILLS GLOBAL, INC.            As Of  Dec 31, 2019
           ADV. FACTS TECHNOLOGY & GARAFOLA, LAWRENCE   INVOICE NO: 561446
```

| | | | |
|---|---|---|---|
| 12/18/19 JDM | Redacted | 1.30 | 487.50 **3** |
| 12/18/19 JDM | | .90 | 337.50 **3** |
| 12/18/19 JDM | | .70 | 262.50 **3** |
| 12/18/19 JDM | | .30 | 112.50 **3** |
| 12/18/19 JDM | | .30 | 112.50 **3** |
| 12/18/19 JEC | | .10 | 32.50 **3** |
| 12/18/19 JEC | | .20 | 65.00 **3** |
| 12/19/19 JDM | | .80 | 300.00 **3** |
| 12/19/19 JDM | | .40 | 150.00 **3** |
| 12/20/19 JDM | | .40 | 150.00 **3** |

```
 19469-0002 SANDHILLS GLOBAL, INC.              As Of  Dec 31, 2019
           ADV. FACTS TECHNOLOGY & GARAFOLA, LAWRENCE   INVOICE NO: 561446
```

12/20/19 JDM                    Redacted                    4.70  1762.50 **3**


12/20/19 JDM                                               .40   150.00 **3**

12/23/19 JDM                                              2.00   750.00 **2**

12/23/19 JDM                                              1.60   600.00 **3**

12/23/19 JDM                                              1.10   412.50 **3**

12/23/19 JDM                                               .50   187.50 **2**

12/23/19 JDM                                               .80   300.00 **3**

12/24/19 JDM                                               .50   187.50 **3**

12/24/19 JDM                                              2.10   787.50 **3**

12/26/19 JDM                                               .20    75.00 **2**

12/26/19 JDM                                               .30   112.50 **3**

```
  19469-0002 SANDHILLS GLOBAL, INC.              As Of  Dec 31, 2019
          ADV. FACTS TECHNOLOGY & GARAFOLA, LAWRENCE   INVOICE NO: 561446
```

| Date | TK | | Hours | Amount | |
|---|---|---|---|---|---|
| 12/27/19 | JDM | Redacted | .40 | 150.00 | **2** |
| 12/30/19 | JDM | | 2.10 | 787.50 | **3** |
| 12/30/19 | JDM | | 1.80 | 675.00 | **2** |
| 12/30/19 | JEC | | .60 | 195.00 | **2** |
| 12/31/19 | JDM | | .30 | 112.50 | **2** |
| 12/31/19 | JDM | | .20 | 75.00 | **2** |

```
              Total Services ........................ $   43321.00

              DUPLICATION                               152.25
11/25/19 COURT COSTS / PAY.GOV / FILING FEE FOR         400.00
         COMPLAINT (J. MILLER AMEX)

                      Total Disbursements ................... $     552.25
                      Total Services and Disbursements ...... $   43873.25


         **********************************************************
*-----------------------------TIME AND FEE SUMMARY------------------------*
*----------TIMEKEEPER---------*        HOURS      RATE        FEES


 JDM    J. D. MILLER, III      88.10 hours at  $375.00 =    33037.50
 JEC    J. E. CONDIT           26.90 hours at  $325.00 =     8742.50
 AJK    A. J. KIERNEY           5.30 hours at  $250.00 =     1325.00
 CSA    C. SCHWERDT-ALLEN       0.90 hours at  $240.00 =      216.00
```

```
19469-0002   SANDHILLS GLOBAL, INC.              As Of  Jan 31, 2020
             ADV. FACTS TECHNOLOGY & GARAFOLA, LAWRENCE

             SANDHILLS GLOBAL, INC.              INVOICE NO: 562960
             SANDHILLS PUBLISHING COMPANY
             C/O MARGARET HERSHISER ESQ.
             KOLEY JESSEN
             1125 SOUTH 103 STREET, SUITE 800
             OMAHA, NEBRASKA 68124
```

| Date | Atty | Description | Hours | Amount | |
|---|---|---|---|---|---|
| 01/02/20 | JDM | Redacted | .30 | 112.50 | **2** |
| 01/02/20 | JDM | | .40 | 150.00 | **2** |
| 01/02/20 | JDM | | .60 | 225.00 | **2** |
| 01/02/20 | JDM | | 1.90 | 712.50 | **3** |
| 01/03/20 | JDM | | .30 | 112.50 | **3** |
| 01/03/20 | JDM | | 1.70 | 637.50 | **3** |
| 01/04/20 | JDM | | .30 | 112.50 | **3** |
| 01/05/20 | JDM | | .40 | 150.00 | **3** |
| 01/05/20 | JDM | | .50 | 187.50 | **3** |
| 01/05/20 | JEC | | .50 | 162.50 | **3** |

```
  19469-0002 SANDHILLS GLOBAL, INC.              As Of  Jan 31, 2020
           ADV. FACTS TECHNOLOGY & GARAFOLA, LAWRENCE   INVOICE NO: 562960

01/06/20 JDM              Redacted                1.10    412.50   3


01/06/20 JDM                                      2.60    975.00   3


01/07/20 JDM                                       .30    112.50   3

01/07/20 JDM                                      1.10    412.50   3


01/08/20 JDM                                       .30    112.50   6


01/08/20 JDM                                       .50    187.50   2


01/08/20 JEC                                       .40    130.00   2
01/09/20 JDM                                       .80    300.00   3

01/09/20 JDM                                      1.00    375.00   3


01/09/20 JDM                                      1.00    375.00   3


01/10/20 JDM                                      2.30    862.50   3


01/10/20 JDM                                      2.40    900.00   3
01/10/20 JDM                                      1.30    487.50   3
```

```
  19469-0002 SANDHILLS GLOBAL, INC.              As Of  Jan 31, 2020
             ADV. FACTS TECHNOLOGY & GARAFOLA, LAWRENCE   INVOICE NO: 562960

01/12/20 JDM              Redacted                    .60    225.00    3


01/13/20 JDM                                         .50    187.50    3


01/13/20 JEC                                         .30     97.50    3
01/13/20 JEC                                         .10     32.50    3

01/13/20 JEC                                         .50    162.50    3

01/13/20 JEC                                         .10     32.50    3

01/14/20 JDM                                         .50    187.50    3

01/14/20 JDM                                         .30    112.50    3


01/14/20 JEC                                         .10     32.50    3
01/14/20 JEC                                         .10     32.50    3

01/14/20 JEC                                         .30     97.50    3
01/15/20 JDM                                        6.70   2512.50    3


01/15/20 JDM                                         .60    225.00    3
```

```
  19469-0002 SANDHILLS GLOBAL, INC.              As Of  Jan 31, 2020
            ADV. FACTS TECHNOLOGY & GARAFOLA, LAWRENCE   INVOICE NO: 562960

01/15/20 JDM              Redacted                    .50   187.50      3


01/15/20 AJK                                   2.60   650.00      3

01/16/20 JDM                                   1.60   600.00      3
                                                                 3
01/16/20 JDM                                    .80   300.00

01/16/20 JDM                                   5.90  2212.50      3


01/16/20 JDM                                   1.30   487.50      3


01/16/20 AJK                                    .80   200.00      3

01/17/20 JDM                                   6.20  2325.00      3


01/17/20 JDM                                   1.80   675.00      3


01/17/20 JDM                                    .60   225.00      3

                                                                 3
01/17/20 JDM                                    .40   150.00
```

```
 19469-0002 SANDHILLS GLOBAL, INC.              As Of  Jan 31, 2020
           ADV. FACTS TECHNOLOGY & GARAFOLA, LAWRENCE   INVOICE NO: 562960
01/17/20 AJK              Redacted                    1.50    375.00  3

01/20/20 JDM                                           .50    187.50  2

01/20/20 JDM                                          3.90   1462.50  3


01/20/20 JDM                                          1.00    375.00  2

01/20/20 JEC                                           .50    162.50  2

01/21/20 JDM                                           .60    225.00  2

01/21/20 JDM                                          1.30    487.50  2

01/21/20 JDM                                           .60    225.00  2

01/21/20 JDM                                           .50    187.50  2


01/21/20 JDM                                          2.60    975.00  3

01/22/20 JDM                                          1.20    450.00  2


01/22/20 JDM                                           .80    300.00  2
```

```
19469-0002 SANDHILLS GLOBAL, INC.              As Of  Jan 31, 2020
        ADV. FACTS TECHNOLOGY & GARAFOLA, LAWRENCE   INVOICE NO: 562960

01/22/20 JDM                Redacted                    .70   262.50  3

01/22/20 JDM                                           .30   112.50  3

01/22/20 JDM                                           .50   187.50  2

01/23/20 JDM                                           .80   300.00  3

01/23/20 JDM                                           .60   225.00  2

01/24/20 JDM                                           .80   300.00  2
```

01/24/20 JDM                                           .50   187.50  2

01/24/20 JDM                                           .30   112.50  3

01/27/20 JDM                                           .30   112.50  2

01/27/20 JDM                                           .30   112.50  3

01/27/20 JDM                                           .90   337.50  3

```
19469-0002 SANDHILLS GLOBAL, INC.              As Of  Jan 31, 2020
         ADV. FACTS TECHNOLOGY & GARAFOLA, LAWRENCE    INVOICE NO: 562960
```

| Date | | | Hours | Amount | |
|---|---|---|---|---|---|
| 01/27/20 JDM | Redacted | | .40 | 150.00 | **2** |
| 01/28/20 JDM | Redacted | | .40 | 150.00 | **3** |
| 01/28/20 JDM | Redacted | | 2.00 | 750.00 | **3** |
| 01/30/20 JDM | Redacted | | 5.30 | 1987.50 | **3** |
| 01/31/20 JDM | Redacted | | 4.30 | 1612.50 | **3** |

```
         Total Services ........................ $   34117.50

     DUPLICATION                              177.15
     COMPUTERIZED LEGAL RESEARCH               82.80
```

```
19469-0002 SANDHILLS GLOBAL, INC.                As Of  Jan 31, 2020
           ADV. FACTS TECHNOLOGY & GARAFOLA, LAWRENCE   INVOICE NO: 562960


                Total Disbursements ................... $     259.95
                Total Services and Disbursements ...... $   34377.45


           ***********************************************************
*----------------------------TIME AND FEE SUMMARY------------------------*
*----------TIMEKEEPER---------*        HOURS        RATE         FEES

JDM     J. D. MILLER, III        85.20 hours at  $375.00 =     31950.00
JEC     J. E. CONDIT              2.90 hours at  $325.00 =       942.50
AJK     A. J. KIERNEY             4.90 hours at  $250.00 =      1225.00
```

```
  19469-0002  SANDHILLS GLOBAL, INC.                 As Of  Feb 29, 2020
              ADV. FACTS TECHNOLOGY & GARAFOLA, LAWRENCE

              SANDHILLS GLOBAL, INC.                 INVOICE NO: 564862
              SANDHILLS PUBLISHING COMPANY
              C/O MARGARET HERSHISER ESQ.
              KOLEY JESSEN
              1125 SOUTH 103 STREET, SUITE 800
              OMAHA, NEBRASKA 68124
02/03/20 JDM                Redacted                    7.90  2962.50  3


02/03/20 AJK                                            1.80   450.00  3

02/04/20 JDM                                           11.20  4200.00  3



02/04/20 AJK                                            2.10   525.00  3

02/05/20 JDM                                           10.80  4050.00  3



02/05/20 AJK                                            3.20   800.00  3

02/06/20 JDM                                           11.90  4462.50  3
```

```
 19469-0002 SANDHILLS GLOBAL, INC.              As Of  Feb 29, 2020
         ADV. FACTS TECHNOLOGY & GARAFOLA, LAWRENCE   INVOICE NO: 564862
```

02/07/20 JDM                     Redacted            4.60  1725.00  **3**


02/10/20 JDM                                         4.40  1650.00  **3**

02/11/20 JDM                                         3.90  1462.50  **3**

02/12/20 JDM                                         4.90  1837.50  **3**

02/12/20 AJK                                         1.60   400.00  **3**

02/12/20 AJK                                          .80   200.00  **3**

02/13/20 JDM                                         2.70  1012.50  **3**

02/14/20 JDM                                         3.40  1275.00  **3**

02/17/20 JDM                                          .80   300.00  **3**


02/17/20 AJK                                         4.20  1050.00  **3**

02/18/20 JDM                                         6.20  2325.00  **3**

```
  19469-0002 SANDHILLS GLOBAL, INC.              As Of  Feb 29, 2020
           ADV. FACTS TECHNOLOGY & GARAFOLA, LAWRENCE   INVOICE NO: 564862
```

02/18/20 AJK                                              .30     75.00 **3**

02/19/20 JDM                                             5.30   1987.50 **3**

                              Redacted

02/20/20 JDM                                            10.70   4012.50 **3**

02/21/20 JDM                                             4.10   1537.50 **3**

02/21/20 JDM                                             9.00   3375.00 **3**

02/24/20 JDM                                              .70    262.50 **4**

02/24/20 JDM                                             5.30   1987.50 **4**

02/24/20 JEC                                              .50    162.50 **4**

02/24/20 AJK                                             1.80    450.00 **4**

```
19469-0002 SANDHILLS GLOBAL, INC.                As Of  Feb 29, 2020
           ADV. FACTS TECHNOLOGY & GARAFOLA, LAWRENCE   INVOICE NO: 564862
```

| Date | Initials | | Hours | Amount | |
|------|----------|--|-------|--------|--|
| 02/25/20 | JDM | Redacted | 4.10 | 1537.50 | **4** |
| 02/25/20 | JDM | | .40 | 150.00 | **4** |
| 02/25/20 | AJK | Redacted | 2.60 | 650.00 | **4** |
| 02/26/20 | JDM | | 4.30 | 1612.50 | **4** |
| 02/26/20 | AJK | | 4.50 | 1125.00 | **4** |
| 02/27/20 | JDM | | 3.90 | 1462.50 | **4** |
| 02/27/20 | AJK | | 1.50 | 375.00 | **4** |
| 02/28/20 | JEC | | 3.30 | 1072.50 | **4** |
| 02/29/20 | JDM | | 4.70 | 1762.50 | **4** |
| 02/29/20 | JEC | | 2.20 | 715.00 | **4** |

```
19469-0002 SANDHILLS GLOBAL, INC.                As Of  Feb 29, 2020
         ADV. FACTS TECHNOLOGY & GARAFOLA, LAWRENCE   INVOICE NO: 564862

02/29/20 JEC              Redacted                    1.00   325.00 4


02/29/20 JEC                                           .20    65.00 4



                Total Services ......................... $   55540.00

         DUPLICATION                                   324.00
         OVERNIGHT DELIVERIES                           21.32
12/30/19 COURT COSTS CATHY FORD, CCR. CRR, RPR        337.90
02/01/20 COMPUTERIZED LEGAL RESEARCH                   16.95
02/01/20 COMPUTERIZED LEGAL RESEARCH                  297.75
02/07/20 DEPOSITIONS/TRANSCRIPTS MS. CATHY FORD, CCR, 760.55
         CRR, RPR
02/24/20 DEPOSITIONS/TRANSCRIPTS MS. CATHY FORD, CCR, 760.50
         CRR, RPR

                Total Disbursements ................... $    2518.97
                Total Services and Disbursements ...... $   58058.97


      ************************************************************
*---------------------------TIME AND FEE SUMMARY------------------------*
*----------TIMEKEEPER---------*      HOURS        RATE         FEES

JDM      J. D. MILLER, III        125.60 hours at  $375.00 =   47100.00
JEC      J. E. CONDIT               7.20 hours at  $325.00 =    2340.00
AJK      A. J. KIERNEY             24.40 hours at  $250.00 =    6100.00
```

```
 19469-0002   SANDHILLS GLOBAL, INC.              As Of  Mar 31, 2020
              ADV. FACTS TECHNOLOGY & GARAFOLA, LAWRENCE

              SANDHILLS GLOBAL, INC.              INVOICE NO: 567806
              SANDHILLS PUBLISHING COMPANY
              C/O MARGARET HERSHISER ESQ.
              KOLEY JESSEN
              1125 SOUTH 103 STREET, SUITE 800
              OMAHA, NEBRASKA 68124
                         Redacted
```

| Date | Init | Hours | Amount | |
|------|------|-------|--------|---|
| 03/01/20 | JEC | 1.00 | 325.00 | **3** |
| 03/02/20 | JDM | .50 | 187.50 | **3** |
| 03/02/20 | JDM | 3.10 | 1162.50 | **3** |
| 03/02/20 | JDM | 1.30 | 487.50 | **3** |
| 03/02/20 | JDM | 1.60 | 600.00 | **3** |
| 03/02/20 | AJK | 2.80 | 700.00 | **3** |
| 03/03/20 | JDM | 3.10 | 1162.50 | **3** |
| 03/03/20 | JDM | .50 | 187.50 | **3** |
| 03/03/20 | JDM | 3.90 | 1462.50 | **3** |

```
  19469-0002 SANDHILLS GLOBAL, INC.              As Of  Mar 31, 2020
          ADV. FACTS TECHNOLOGY & GARAFOLA, LAWRENCE   INVOICE NO: 567806

03/04/20 JDM              Redacted                    4.20  1575.00   3


03/06/20 JDM                                          2.90  1087.50   3


03/06/20 JDM                                           .60   225.00   3



03/06/20 JDM                                          1.90   712.50   3

03/09/20 JDM                                          3.40  1275.00   3

03/09/20 JEC                                          1.20   390.00   3

03/09/20 JEC                                           .70   227.50   3


03/09/20 JEC                                           .50   162.50   3

03/09/20 JEC                                          1.00   325.00   3

03/09/20 JEC                                          1.00   325.00   3

03/09/20 JEC                                          1.50   487.50   3

03/09/20 JEC                                          1.50   487.50   3
```

```
19469-0002 SANDHILLS GLOBAL, INC.              As Of  Mar 31, 2020
         ADV. FACTS TECHNOLOGY & GARAFOLA, LAWRENCE   INVOICE NO: 567806
```

| Date | Init | | Hours | Amount | |
|------|------|---|-------|--------|---|
| 03/10/20 | JDM | Redacted | 3.90 | 1462.50 | **3** |
| 03/10/20 | JEC | | 2.60 | 845.00 | **3** |
| 03/10/20 | JEC | | 1.50 | 487.50 | **3** |
| 03/11/20 | JDM | | .50 | 187.50 | **3** |
| 03/11/20 | JDM | | 1.90 | 712.50 | **3** |
| 03/12/20 | JDM | | 2.10 | 787.50 | **3** |
| 03/12/20 | JDM | | 2.90 | 1087.50 | **3** |
| 03/13/20 | JDM | | 1.90 | 712.50 | **3** |
| 03/13/20 | JDM | | 1.20 | 450.00 | **3** |
| | | | | | **3** |
| 03/20/20 | JDM | Redacted | .20 | 75.00 | |
| 03/23/20 | JDM | | .30 | 112.50 | **3** |

```
  19469-0002 SANDHILLS GLOBAL, INC.              As Of  Mar 31, 2020
        ADV. FACTS TECHNOLOGY & GARAFOLA, LAWRENCE   INVOICE NO: 567806

03/23/20 JDM            Redacted                    .80   300.00    3
```



```
03/27/20 JDM            Redacted                    .30   112.50    3


          Total Services ........................ $   21300.00

          DUPLICATION                              36.75
          POSTAGE                                   3.30
02/05/20 OUTSIDE DUPLICATION / BEST BUY BRIDGEWATER, NJ    37.31
          (J. MILLER AMEX)
02/24/20 TELEPHONE CONFERENCE CALL LOOPUP LLC / J.          6.92
          MILLER

          Total Disbursements ................... $      84.28
          Total Services and Disbursements ...... $   21384.28


          ************************************************************
*----------------------------TIME AND FEE SUMMARY------------------------*
*----------TIMEKEEPER---------*          HOURS       RATE       FEES

JDM      J. D. MILLER, III        44.10 hours at  $375.00 =   16537.50
JEC      J. E. CONDIT             12.50 hours at  $325.00 =    4062.50
AJK      A. J. KIERNEY             2.80 hours at  $250.00 =     700.00
```

```
19469-0002   SANDHILLS GLOBAL, INC.                    As Of  Apr 30, 2020
             ADV. FACTS TECHNOLOGY & GARAFOLA, LAWRENCE

             SANDHILLS GLOBAL, INC.                    INVOICE NO: 569304
             SANDHILLS PUBLISHING COMPANY
             C/O MARGARET HERSHISER ESQ.
             KOLEY JESSEN
             1125 SOUTH 103 STREET, SUITE 800
             OMAHA, NEBRASKA 68124
```

| Date | Initials | Description | Hours | Amount | |
|---|---|---|---|---|---|
| 04/07/20 | JDM | Redacted | .30 | 112.50 | **3** |
| 04/08/20 | JDM | | .40 | 150.00 | **3** |
| 04/09/20 | JDM | | 1.20 | 450.00 | **2** |
| 04/09/20 | JDM | | .60 | 225.00 | **2** |
| 04/09/20 | JDM | | .70 | 262.50 | **2** |
| 04/10/20 | JDM | | 1.90 | 712.50 | **2** |
| 04/10/20 | JDM | | 2.50 | 937.50 | **3** |
| 04/11/20 | JEC | | .50 | 162.50 | **3** |
| 04/13/20 | JDM | | 3.20 | 1200.00 | **4** |

```
 19469-0002 SANDHILLS GLOBAL, INC.              As Of  Apr 30, 2020
          ADV. FACTS TECHNOLOGY & GARAFOLA, LAWRENCE   INVOICE NO: 569304
```

| | | | |
|---|---|---|---|
| 04/14/20 JDM | Redacted | .80 | 300.00 | **3** |
| 04/14/20 JDM | | .50 | 187.50 | **3** |
| 04/14/20 JDM | | .30 | 112.50 | **4** |
| 04/14/20 JDM | Redacted | 1.90 | 712.50 | **5** |
| 04/15/20 JDM | | .70 | 262.50 | **5** |
| 04/15/20 JDM | | .70 | 262.50 | **5** |
| 04/15/20 JDM | | 1.10 | 412.50 | **5** |
| 04/16/20 JDM | | .80 | 300.00 | **2** |
| 04/16/20 JDM | | .30 | 112.50 | **3** |

```
 19469-0002 SANDHILLS GLOBAL, INC.               As Of  Apr 30, 2020
         ADV. FACTS TECHNOLOGY & GARAFOLA, LAWRENCE   INVOICE NO: 569304
```

| 04/16/20 JDM | Redacted | .20 | 75.00 | **5** |

| 04/17/20 JDM | Redacted | 1.10 | 412.50 | **5** |

| 04/17/20 JDM | | 1.60 | 600.00 | **5** |

| 04/20/20 JDM | | 3.10 | 1162.50 | **5** |

| 04/21/20 JDM | Redacted | 2.60 | 975.00 | **5** |

| 04/23/20 JDM | | .70 | 262.50 | **5** |

| 04/23/20 JDM | | .50 | 187.50 | **5** |

| 04/23/20 JDM | | 1.00 | 375.00 | **5** |

```
19469-0002 SANDHILLS GLOBAL, INC.              As Of  Apr 30, 2020
         ADV. FACTS TECHNOLOGY & GARAFOLA, LAWRENCE   INVOICE NO: 569304
```

| Date | Init | | Hours | Amount | |
|------|------|--|-------|--------|--|
| 04/23/20 | JDM | Redacted | .70 | 262.50 | **5** |
| 04/23/20 | JDM | | .70 | 262.50 | **5** |
| 04/24/20 | JDM | | 1.10 | 412.50 | **5** |
| 04/24/20 | JDM | | .30 | 112.50 | **5** |

| Date | Init | | Hours | Amount | |
|------|------|--|-------|--------|--|
| 04/27/20 | JDM | Redacted | .60 | 225.00 | **4** |
| 04/27/20 | JDM | | .90 | 337.50 | **5** |

| Date | Init | | Hours | Amount | |
|------|------|--|-------|--------|--|
| 04/28/20 | JDM | Redacted | 2.60 | 975.00 | **5** |
| 04/29/20 | JDM | | 2.30 | 862.50 | **5** |

```
19469-0002 SANDHILLS GLOBAL, INC.              As Of  Apr 30, 2020
         ADV. FACTS TECHNOLOGY & GARAFOLA, LAWRENCE   INVOICE NO: 569304
```



| | | | | |
|---|---|---|---|---|
| 04/29/20 JDM | Redacted | .20 | 75.00 | **3** |
| 04/29/20 JEC | Redacted | .90 | 292.50 | **4** |
| 04/30/20 JDM | Redacted | .20 | 75.00 | **3** |
| 04/30/20 JDM | | 2.40 | 900.00 | **5** |

```
19469-0002 SANDHILLS GLOBAL, INC.              As Of  Apr 30, 2020
        ADV. FACTS TECHNOLOGY & GARAFOLA, LAWRENCE   INVOICE NO: 569304
```



```
                     Total Services ........................ $   24515.00

                     Total Services and Disbursements ...... $   24515.00


             *************************************************************
             *---------------------------TIME AND FEE SUMMARY------------------------*
             *----------TIMEKEEPER---------*        HOURS        RATE        FEES

   JDM       J. D. MILLER, III            52.20 hours at  $375.00 =      19575.00
   JEC       J. E. CONDIT                 15.20 hours at  $325.00 =       4940.00
```

```
19469-0002  SANDHILLS GLOBAL, INC.               As Of  May 31, 2020
            ADV. FACTS TECHNOLOGY & GARAFOLA, LAWRENCE

            SANDHILLS GLOBAL, INC.               INVOICE NO: 572518
            SANDHILLS PUBLISHING COMPANY
            C/O MARGARET HERSHISER ESQ.
            KOLEY JESSEN
            1125 SOUTH 103 STREET, SUITE 800
            OMAHA, NEBRASKA 68124
```

05/01/20 JDM                Redacted                  .50   187.50    **5**


05/01/20 JDM                                          .30   112.50    **3**



05/04/20 JDM                Redacted                  .30   112.50    **3**

```
19469-0002  SANDHILLS GLOBAL, INC.              As Of  May 31, 2020
            ADV. FACTS TECHNOLOGY & GARAFOLA, LAWRENCE
```



| Date | | | | |
|---|---|---|---|---|
| 05/06/20 JDM | Redacted | .50 | 187.50 | **3** |
| 05/06/20 JDM | | 1.10 | 412.50 | **5** |
| 05/07/20 JDM | | .30 | 112.50 | **3** |
| 05/07/20 JDM | | .30 | 112.50 | **5** |
| 05/07/20 JDM | | .20 | 75.00 | **5** |
| 05/08/20 JDM | | .30 | 112.50 | **5** |
| 05/08/20 JDM | | 2.40 | 900.00 | **5** |
| 05/11/20 JDM | | 3.10 | 1162.50 | **5** |
| 05/12/20 JDM | | .30 | 112.50 | **5** |
| 05/12/20 JDM | | .80 | 300.00 | **5** |

```
19469-0002  SANDHILLS GLOBAL, INC.                As Of  May 31, 2020
            ADV. FACTS TECHNOLOGY & GARAFOLA, LAWRENCE

05/12/20 JDM              Redacted                  .20      75.00   5

05/14/20 JDM                                        .60     225.00   5

05/14/20 JDM                                        .40     150.00   5

05/15/20 JDM                                        .30     112.50   5

05/15/20 JDM                                        .70     262.50   5

05/15/20 JDM                                        .80     300.00   5

05/15/20 JDM                                        .90     337.50   5

05/15/20 JDM                                       1.00     375.00   5

05/15/20 JDM                                       1.90     712.50   5

05/18/20 JDM                                       3.20    1200.00   5

05/18/20 JDM                                       1.10     412.50   5
```

```
 19469-0002  SANDHILLS GLOBAL, INC.                As Of  May 31, 2020
             ADV. FACTS TECHNOLOGY & GARAFOLA, LAWRENCE
                              Redacted
05/19/20 JDM                                    .50   187.50  5

05/19/20 JDM                                   1.10   412.50  5

05/19/20 JDM                                   1.60   600.00  5



05/20/20 JDM                                   2.60   975.00  5

05/20/20 JDM                                    .30   112.50  5

05/21/20 JDM                                    .60   225.00  5

05/21/20 JDM                                   1.20   450.00  5


05/21/20 JDM                                    .70   262.50  5
05/21/20 JDM                                    .60   225.00  5


05/22/20 JDM                                   2.60   975.00  5
```

```
 19469-0002  SANDHILLS GLOBAL, INC.              As Of  May 31, 2020
             ADV. FACTS TECHNOLOGY & GARAFOLA, LAWRENCE
                                Redacted
05/27/20 JDM                                       .80   300.00     5


05/27/20 JDM                                       .60   225.00      5


05/27/20 JDM                                      1.30   487.50    5


05/28/20 JDM                                      4.60  1725.00    5


05/29/20 JDM                                      1.60   600.00    5


05/29/20 JDM                                       .90   337.50   5
05/29/20 JDM                                      1.10   412.50   5



             Total Services ........................ $   18590.00

    COMPUTERIZED LEGAL RESEARCH                    62.25

             Total Disbursements ................... $      62.25
             Total Services and Disbursements....... $   18652.25
             Net Services and Disbursements ........ $   18652.25
             Previous Balance ...................... $   45899.28
             Total Amount Due ...................... $   64551.53


         ********************************************************
*-----------------------------TIME AND FEE SUMMARY-------------------------*
*----------TIMEKEEPER---------*           HOURS     RATE       FEES
```

```
 19469-0002  SANDHILLS GLOBAL, INC.            As Of  May 31, 2020
             ADV. FACTS TECHNOLOGY & GARAFOLA, LAWRENCE


JDM      J. D. MILLER, III        49.40 hours at  $375.00 =     18525.00
JEC      J. E. CONDIT              0.20 hours at  $325.00 =        65.00
```

```
19469-0002  SANDHILLS GLOBAL, INC.                          As Of  Jun 30, 2020
            ADV. FACTS TECHNOLOGY & GARAFOLA, LAWRENCE

            ALEXANDER J. ESSAY                              INVOICE NO: 574518
            ASSISTANT GENERAL COUNSEL
            SANDHILLS GLOBAL, INC.
            120 WEST HARVEST DRIVE
            LINCOLN,  NEBRASKA  68521
```

| Date | Init | Description | Hours | Amount | |
|------|------|-------------|-------|--------|--|
| 06/01/20 | JDM | Redacted | .20 | 75.00 | **5** |
| 06/01/20 | JDM | | .20 | 75.00 | **5** |
| 06/01/20 | JDM | Redacted | .20 | 75.00 | **5** |
| 06/05/20 | JDM | Redacted | .30 | 112.50 | **5** |
| 06/10/20 | JDM | Redacted | 1.70 | 637.50 | **5** |

```
 19469-0002  SANDHILLS GLOBAL, INC.                     As Of  Jun 30, 2020
             ADV. FACTS TECHNOLOGY & GARAFOLA, LAWRENCE
```
Redacted
```
06/11/20 JDM                                          2.90  1087.50  5
```

```
06/11/20 JDM                                          1.30   487.50  5
```

```
06/11/20 JDM                                           .50   187.50  5
```

Redacted
```
06/15/20 JDM                                          1.30   487.50  5
```

```
06/15/20 JDM                                          1.50   562.50  5
```

Redacted
```
06/16/20 JDM                                          1.50   562.50  5
```

```
06/16/20 JDM                                           .20    75.00  5
```
```
06/17/20 JDM                                           .30   112.50  5
```

```
 19469-0002   SANDHILLS GLOBAL, INC.              As Of  Jun 30, 2020
              ADV. FACTS TECHNOLOGY & GARAFOLA, LAWRENCE
```
                              Redacted

```
06/17/20 JDM                                      .50    187.50   5


06/17/20 JDM                                     2.60    975.00   5

06/18/20 JDM                                      .30    112.50   5

06/18/20 JDM                                      .30    112.50   5

06/18/20 JDM                                      .20     75.00   5
```

```
         Total Services ........................ $   8857.50

         Total Services and Disbursements....... $   8857.50
         Net Services and Disbursements ........ $   8857.50
         Previous Balance ...................... $  64551.53
         Total Amount Due ...................... $  73409.03


         ************************************************************
*---------------------------TIME AND FEE SUMMARY-----------------------*
*----------TIMEKEEPER---------*        HOURS       RATE         FEES

JDM      J. D. MILLER, III      23.10 hours at  $375.00 =     8662.50
JEC      J. E. CONDIT            0.60 hours at  $325.00 =      195.00
```