# EXHIBIT 8

# KOLEY ■ JESSEN

**KOLEYJESSEN■COM**
**KOLEY JESSEN P.C., L.L.O.**
ATTORNEYS AT LAW

ONE PACIFIC PLACE, SUITE 800
1125 SOUTH 103RD STREET
OMAHA, NE 68124

*PHONE:* 402.390.9500
*FAX:* 402.390.9005
*Tax ID:* 47-0712652

Sandhills Global, Inc.
Tony Deitering
General Counsel
120 West Harvest Drive
Lincoln, NE 68521

December 08, 2019
Invoice #: 372514

| Matter # | Matter Name | Fees | Disbursements | Total |
|---|---|---|---|---|
| 18072-0022-0028 | Lawrence Garafola Matter | $5,761.50 | $26.17 | $5,787.67 |
| | Total This Billing Period | $5,761.50 | $26.17 | $5,787.67 |
| | Total Current | | | $5,787.67 |
| | Previous Balance Due | | | $0.00 |
| | Less Payments Received | | | $0.00 |
| | **Total Amount Due** | | | **$5,787.67** |

**Payment Due Upon Receipt**

**Aged Outstanding Balance**

| Total Due | Current Due | Less Than 30 Days | 30 Days Past Due | 60 Days Past Due | 90+ Days Past Due |
|---|---|---|---|---|---|
| 5,787.67 | 5,787.67 | 0.00 | 0.00 | 0.00 | 0.00 |

**KOLEY█JESSEN**

Sandhills Global, Inc.
Lawrence Garafola Matter

December 08, 2019
Invoice #: 372514
ID: 18072-0022-0028

## Fee Details

| Date | Time Narrative | Tkpr | Hours | Amount | |
|------|----------------|------|-------|--------|---|
| 11/18/2019 | REDACTED | MCH | 0.30 | $117.00 | 1 |
| 11/18/2019 | | PDO | .70 | $178.50 | 1 |
| 11/19/2019 | | PDO | 2.80 | $714.00 | 1 |
| 11/20/2019 | | MCH | .80 | $312.00 | 1 |
| 11/20/2019 | | PDO | 1.10 | $280.50 | 1 |
| 11/21/2019 | | MCH | 0.50 | $195.00 | 1 |
| 11/21/2019 | | PDO | 4.00 | $1,020.00 | 1 |
| 11/22/2019 | | PDO | 5.10 | $1,300.50 | 1 |
| 11/23/2019 | | PDO | 1.00 | $255.00 | 1 |
| 11/24/2019 | | PDO | 1.00 | $255.00 | 1 |
| 11/26/2019 | | MCH | 0.50 | $195.00 | 1 |

# KOLEY▮JESSEN

Sandhills Global, Inc.
Lawrence Garafola Matter

December 08, 2019
Invoice #: 372514
ID: 18072-0022-0028

## Fee Details

| Date | Time Narrative | Tkpr | Hours | Amount |
|------|----------------|------|-------|--------|
| 11/26/2019 | REDACTED | PDO | 2.00 | $510.00 1 |
| 11/27/2019 | | MCH | 1.10 | $429.00 1 |

### Timekeeper Recap

| | Hours | Rate | Fees |
|---|-------|------|------|
| Margaret C. Hershiser | 3.20 | 390.0000 | $1,248.00 |
| Patrice D. Ott | 17.70 | 255.0000 | $4,513.50 |
| **Total:** | **35.10** | $ | **5,761.50** |

## Disbursement Details

| Type | Amount |
|------|--------|
| REDACTED | |

### Invoice Summary

| | |
|---|---|
| Total Fees | $5,761.50 |
| Total Disbursements | $26.17 |
| Total This Billing Period | $5,787.67 |
| Previous Balance Due | $0.00 |
| Less Payments Received | $0.00 |
| **Total Due** | **$5,787.67** |

# KOLEY■JESSEN

**KOLEYJESSEN■COM**

**KOLEY JESSEN P.C., L.L.O.**
ATTORNEYS AT LAW

ONE PACIFIC PLACE, SUITE 800
1125 SOUTH 103RD STREET
OMAHA, NE 68124

**PHONE:** 402.390.9500
**FAX:** 402.390.9005
**Tax ID:** 47-0712652

Sandhills Global, Inc.
Tony Deitering
General Counsel
120 West Harvest Drive
Lincoln, NE 68521

December 08, 2019
Invoice #: 372514

## REMITTANCE PAGE

*Please remit this page with your payment*

| | | |
|---|---|---:|
| Total Fees For Professional Services Rendered Through November 30, 2019 | | 5,761.50 |
| Total Disbursements Made To Your Account Through November 30, 2019 | | 26.17 |
| Total This Billing Period | $ | 5,787.67 |
| Less Trust Applied | | 0.00 |
| **Total Current Charges** | $ | **5,787.67** |
| Previous Balance Due | | 0.00 |
| Less Payments Received | | $0.00 |
| **Total Amount Due** | $ | **5,787.67** |

**PLEASE PAY TOTAL AMOUNT DUE**

*To insure proper credit to your account, please return the Remittance Page of this Statement with your payment.*

# KOLEY █ JESSEN

KOLEYJESSEN█COM

**KOLEY JESSEN P.C., L.L.O.**
ATTORNEYS AT LAW

ONE PACIFIC PLACE, SUITE 800
1125 SOUTH 103RD STREET
OMAHA, NE 68124

*PHONE:* 402.390.9500
*FAX:* 402.390.9005
*Tax ID:* 47-0712652

Sandhills Global, Inc.
Tony Deitering
General Counsel
120 West Harvest Drive
Lincoln, NE 68521

January 17, 2020
Invoice #: 375481

| Matter # | Matter Name | Fees | Disbursements | Total |
|----------|-------------|------|---------------|-------|
| 18072-0022-0028 | Lawrence Garafola Matter | $9,255.00 | $165.57 | $9,420.57 |
| | Total This Billing Period | $9,255.00 | $165.57 | $9,420.57 |
| | Less Trust Applied | | | 0.00 |
| | Total Current | | | $9,420.57 |
| | Previous Balance Due | | | $0.00 |
| | Less Payments Received | | | $0.00 |
| | **Total Amount Due** | | | **$9,420.57** |

**Payment Due Upon Receipt**

**Aged Outstanding Balance**

| Total Due | Current Due | Less Than 30 Days | 30 Days Past Due | 60 Days Past Due | 90+ Days Past Due |
|-----------|-------------|-------------------|------------------|------------------|-------------------|
| 9,420.57 | 9,420.57 | 0.00 | 0.00 | 0.00 | 0.00 |

# KOLEY■JESSEN

January 17, 2020
Invoice #: 375481
ID: 18072-0022-0028

Sandhills Global, Inc.
Lawrence Garafola Matter

## Fee Details

| Date | Time Narrative | Tkpr | Hours | Amount |
|------|----------------|------|-------|--------|
| 12/02/2019 | REDACTED | MCH | 0.50 | $195.00 2 |
| 12/02/2019 | | PDO | 0.30 | $76.50 2 |
| 12/03/2019 | | PDO | 4.20 | $1,071.00 2 |
| 12/04/2019 | | PDO | 2.00 | $510.00 2 |
| 12/05/2019 | | MCH | 0.30 | $117.00 2 |
| 12/07/2019 | | PDO | 0.30 | $76.50 2 |
| 12/08/2019 | | PDO | 0.50 | $127.50 2 |
| 12/09/2019 | | PDO | 1.50 | $382.50 2 |
| 12/10/2019 | | MCH | 0.80 | $312.00 2 |
| 12/10/2019 | | PDO | 1.00 | $255.00 2 |
| 12/11/2019 | | PDO | 0.70 | $178.50 2 |
| 12/16/2019 | | MCH | 0.20 | $78.00 2 |
| 12/16/2019 | | PDO | 0.50 | $127.50 2 |

# KOLEY▪JESSEN

Sandhills Global, Inc.
Lawrence Garafola Matter

January 17, 2020
Invoice #: 375481
ID: 18072-0022-0028

## Fee Details

| Date | Time Narrative | Tkpr | Hours | Amount |
|------|----------------|------|-------|--------|
| 12/17/2019 | REDACTED | MCH | 1.00 | $390.00 2 |
| 12/17/2019 | | PDO | 2.00 | $510.00 3 |
| 12/19/2019 | | PDO | 0.10 | $25.50 3 |
| 12/20/2019 | | MCH | 0.50 | $195.00 2 |
| 12/20/2019 | | PDO | 2.00 | $510.00 2 |
| 12/23/2019 | | MCH | 0.20 | $78.00 3 |
| 12/23/2019 | | PDO | 1.10 | $280.50 3 |
| 12/24/2019 | | JAW | 2.50 | $487.50 3 |
| 12/24/2019 | | PDO | 0.40 | $102.00 3 |
| 12/26/2019 | | JAW | 1.20 | $234.00 3 |
| 12/27/2019 | | PDO | 0.10 | $25.50 2 |

**KOLEY■JESSEN**

January 17, 2020
Invoice #: 375481
ID: 18072-0022-0028

Sandhills Global, Inc.
Lawrence Garafola Matter

## Fee Details

| Date | Time Narrative | Tkpr | Hours | Amount | |
|------|---------------|------|-------|--------|---|
| 12/30/2019 | REDACTED | JAW | 7.10 | $1,384.50 | 3 |
| 12/30/2019 | | PDO | 0.40 | $102.00 | 3 |
| 12/31/2019 | | JAW | 7.30 | $1,423.50 | 3 |

### Timekeeper Recap

| | Hours | Rate | Fees |
|---|-------|------|------|
| Margaret C. Hershiser | 3.5 | 390.0000 | $1,365.00 |
| Patrice D. Ott | 17.10 | 255.0000 | $4,360.50 |
| Julie A. Ward | 18.10 | 195.0000 | $3529.50 |
| **Total:** | **40.60** | $ | **$9,739.50** |

## Disbursement Details

| Type | Amount |
|------|--------|
| REDACTED | |

**KOLEY▪JESSEN**

January 17, 2020
Invoice #: 375481
ID: 18072-0022-0028

Sandhills Global, Inc.
Lawrence Garafola Matter

## Invoice Summary

| | |
|---|---|
| Total Fees | $9,255.00 |
| Total Disbursements | $165.57 |
| Less Trust Applied | 0.00 |
| Total This Billing Period | $9,420.57 |
| Previous Balance Due | $0.00 |
| Less Payments Received | $0.00 |
| **Total Due** | **$9,420.57** |

# KOLEY ■ JESSEN

**KOLEYJESSEN■COM**

**KOLEY JESSEN P.C., L.L.O.**
ATTORNEYS AT LAW

ONE PACIFIC PLACE, SUITE 800
1125 SOUTH 103RD STREET
OMAHA, NE 68124

*PHONE:* 402.390.9500
*FAX:* 402.390.9005
*Tax ID:* 47-0712652

Sandhills Global, Inc.
Tony Deitering
General Counsel
120 West Harvest Drive
Lincoln, NE 68521

January 17, 2020
Invoice #: 375481

## REMITTANCE PAGE

*Please remit this page with your payment*

| | | |
|---|---|---:|
| Total Fees For Professional Services Rendered Through December 31, 2019 | | 9,255.00 |
| Total Disbursements Made To Your Account Through December 31, 2019 | | 165.57 |
| Total This Billing Period | $ | 9,420.57 |
| Less Trust Applied | | 0.00 |
| **Total Current Charges** | $ | **9,420.57** |
| Previous Balance Due | | 0.00 |
| Less Payments Received | | $0.00 |
| **Total Amount Due** | $ | **9,420.57** |

**PLEASE PAY TOTAL AMOUNT DUE**

*To insure proper credit to your account, please return the Remittance Page of this Statement with your payment.*

# KOLEY■JESSEN

KOLEYJESSEN■COM

**KOLEY JESSEN P.C., L.L.O.**
ATTORNEYS AT LAW

ONE PACIFIC PLACE, SUITE 800
1125 SOUTH 103RD STREET
OMAHA, NE 68124

**PHONE:** 402.390.9500
**FAX:** 402.390.9005
**Tax ID:** 47-0712652

Sandhills Global, Inc.
Tony Deitering
General Counsel
120 West Harvest Drive
Lincoln, NE 68521

February 08, 2020
Invoice #: 377161

| Matter # | Matter Name | Fees | Disbursements | Total |
|---|---|---|---|---|
| 18072-0022-0028 | Lawrence Garafola Matter | $19,495.00 | $609.35 | $20,104.35 |
| | Total This Billing Period | $19,495.00 | $609.35 | $20,104.35 |
| | Total Current | | | $20,104.35 |
| | Previous Balance Due | | | $0.00 |
| | Less Payments Received | | | $0.00 |
| | **Total Amount Due** | | | **$20,104.35** |

**Payment Due Upon Receipt**

**Aged Outstanding Balance**

| Total Due | Current Due | Less Than 30 Days | 30 Days Past Due | 60 Days Past Due | 90+ Days Past Due |
|---|---|---|---|---|---|
| 20,104.35 | 20,104.35 | 0.00 | 0.00 | 0.00 | 0.00 |

# KOLEY■JESSEN

Sandhills Global, Inc.
Lawrence Garafola Matter

February 08, 2020
Invoice #: 377161
ID: 18072-0022-0028

## Fee Details

| Date | Time Narrative | Tkpr | Hours | Amount | |
|------|----------------|------|-------|--------|---|
| 01/02/2020 | REDACTED | JAW | 9.00 | $2,025.00 | 3 |
| 01/03/2020 | | JAW | 6.00 | $1,350.00 | 3 |
| 01/03/2020 | | PDO | 1.70 | $467.50 | 3 |
| 01/05/2020 | | MCH | 0.80 | $316.00 | 3 |
| 01/05/2020 | | PDO | 1.00 | $275.00 | 3 |
| 01/06/2020 | | JAW | 1.60 | $360.00 | 3 |
| 01/06/2020 | | PDO | 0.80 | $220.00 | 3 |
| 01/07/2020 | | PDO | 0.30 | $82.50 | 3 |
| 01/08/2020 | | PDO | 0.60 | $165.00 | 3 |
| 01/09/2020 | | MCH | 1.00 | $395.00 | 3 |

# KOLEY■JESSEN

Sandhills Global, Inc.
Lawrence Garafola Matter

February 08, 2020
Invoice #: 377161
ID: 18072-0022-0028

## Fee Details

| Date | Time Narrative | Tkpr | Hours | Amount | |
|------|----------------|------|-------|--------|---|
| 01/09/2020 | REDACTED | PDO | 0.70 | $192.50 | 3 |
| 01/10/2020 | | PDO | 0.30 | $82.50 | 3 |
| 01/11/2020 | | PDO | 0.60 | $165.00 | 3 |
| 01/13/2020 | | JAW | 1.30 | $292.50 | 3 |
| 01/13/2020 | | PDO | 1.50 | $412.50 | 3 |
| 01/14/2020 | | JAW | 6.10 | $1,372.50 | 3 |
| 01/15/2020 | | JAW | 7.80 | $1,755.00 | 3 |
| 01/15/2020 | | PDO | 2.70 | $742.50 | 3 |

# KOLEY■JESSEN

Sandhills Global, Inc.
Lawrence Garafola Matter

February 08, 2020
Invoice #: 377161
ID: 18072-0022-0028

## Fee Details

| Date | Time Narrative | Tkpr | Hours | Amount | |
|------|----------------|------|-------|--------|---|
| 01/16/2020 | REDACTED | CES | 1.00 | $285.00 | 3 |
| 01/16/2020 | | JAW | 0.70 | $157.50 | 3 |
| 01/16/2020 | | MCH | 5.00 | $1,975.00 | 3 |
| 01/16/2020 | | PDO | 6.00 | $1,650.00 | 3 |
| 01/17/2020 | | JCD | 0.70 | $161.00 | 3 |
| 01/17/2020 | | MCH | 0.50 | $197.50 | 3 |
| 01/17/2020 | | PDO | 2.00 | $550.00 | 3 |
| 01/21/2020 | | MCH | 0.40 | $158.00 | 3 |
| 01/21/2020 | | PDO | 2.50 | $687.50 | 3 |
| 01/23/2020 | | PDO | 0.50 | $137.50 | 2 |
| 01/24/2020 | | MCH | 0.50 | $197.50 | 3 |
| 01/24/2020 | | PDO | 2.50 | $687.50 | 3 |

# KOLEY■JESSEN

Sandhills Global, Inc.
Lawrence Garafola Matter

February 08, 2020
Invoice #: 377161
ID: 18072-0022-0028

## Fee Details

| Date | Time Narrative | Tkpr | Hours | Amount | |
|------|----------------|------|-------|--------|---|
| 01/27/2020 | REDACTED | PDO | 3.30 | $907.50 | 2 |
| 01/30/2020 | | PDO | 3.90 | $1,072.50 | 3 |

## Timekeeper Recap

| | Hours | Rate | Fees |
|------|-------|------|------|
| Margaret C. Hershiser | 8.20 | 395.0000 | $3,239.00 |
| Patrice D. Ott | 30.9 | 275.0000 | $8,497.50 |
| John C. Dunn | 0.70 | 230.0000 | $161.00 |
| Comran E. Sharif | 1.00 | 285.0000 | $285.00 |
| Julie A. Ward | 32.50 | 225.0000 | $7,312.50 |
| **Total:** | **73.50** | $ | **19,495.00** |

## Disbursement Details

| Date | Type | Amount |
|------|------|--------|
| | REDACTED | |

**KOLEY■JESSEN**

Sandhills Global, Inc.
Lawrence Garafola Matter

February 08, 2020
Invoice #: 377161
ID: 18072-0022-0028

## Invoice Summary

| | |
|---|---|
| Total Fees | $19,495.00 |
| Total Disbursements | $609.35 |
| Total This Billing Period | $20,104.35 |
| Previous Balance Due | $0.00 |
| Less Payments Received | $0.00 |
| **Total Due** | **$20,104.35** |

# KOLEY█JESSEN

**KOLEYJESSEN█COM**

**KOLEY JESSEN P.C., L.L.O.,**
ATTORNEYS AT LAW

ONE PACIFIC PLACE, SUITE 800
1125 SOUTH 103RD STREET
OMAHA, NE 68124

**PHONE:** 402.390.9500
**FAX:** 402.390.9005
**Tax ID:** 47-0712652

Sandhills Global, Inc.
Tony Deitering
General Counsel
120 West Harvest Drive
Lincoln, NE 68521

February 08, 2020
Invoice #: 377161

# REMITTANCE PAGE

*Please remit this page with your payment*

| | | |
|---|---|---|
| Total Fees For Professional Services Rendered Through January 31, 2020 | | 19,495.00 |
| Total Disbursements Made To Your Account Through January 31, 2020 | | 609.35 |
| Total This Billing Period | $ | 20,104.35 |
| Less Trust Applied | | 0.00 |
| **Total Current Charges** | $ | **20,104.35** |
| Previous Balance Due | | 0.00 |
| Less Payments Received | | $0.00 |
| **Total Amount Due** | $ | **20,104.35** |

**PLEASE PAY TOTAL AMOUNT DUE**

*To insure proper credit to your account, please return the Remittance Page of this Statement with your payment.*

# KOLEY ■ JESSEN

KOLEYJESSEN■COM

**KOLEY JESSEN P.C., L.L.O.**
ATTORNEYS AT LAW

ONE PACIFIC PLACE, SUITE 800
1125 SOUTH 103RD STREET
OMAHA, NE 68124

*PHONE:* 402.390.9500
*FAX:* 402.390.9005
*Tax ID:* 47-0712652

Sandhills Global, Inc.
Tony Deitering
General Counsel
120 West Harvest Drive
Lincoln, NE  68521

March 08, 2020
Invoice #: 379199

| Matter # | Matter Name | Fees | Disbursements | Total |
|---|---|---|---|---|
| 18072-0022-0028 | Lawrence Garafola Matter | $1,182.50 | $524.00 | $1,706.50 |
| | Total This Billing Period | $1,182.50 | $524.00 | $1,706.50 |
| | Total Current | | | $1,706.50 |
| | Previous Balance Due | | | $0.00 |
| | Less Payments Received | | | $0.00 |
| | **Total Amount Due** | | | $1,706.50 |

**Payment Due Upon Receipt**

**Aged Outstanding Balance**

| Total Due | Current Due | Less Than 30 Days | 30 Days Past Due | 60 Days Past Due | 90+ Days Past Due |
|---|---|---|---|---|---|
| 1,706.50 | 1,706.50 | 0.00 | 0.00 | 0.00 | 0.00 |

Page 1

**KOLEY■JESSEN**

Sandhills Global, Inc.
Lawrence Garafola Matter

March 08, 2020
Invoice #: 379199
ID: 18072-0022-0028

## Fee Details

| Date | Time Narrative | Tkpr | Hours | Amount | |
|------|----------------|------|-------|--------|---|
| 02/04/2020 | REDACTED | PDO | 3.00 | $825.00 | 1 |
| 02/24/2020 | | PDO | 1.30 | $357.50 | 1 |

### Timekeeper Recap

| | Hours | Rate | Fees |
|--|-------|------|------|
| Patrice D. Ott | 4.3 | 275.0000 | $1,182.50 |
| Total: | 6.40 | $ | 1,708.50 |

## Disbursement Details

| Date | Type | Amount |
|------|------|--------|
| | REDACTED | |

Page 2

**KOLEY■JESSEN**

March 08, 2020
Invoice #: 379199
ID: 18072-0022-0028

Sandhills Global, Inc.
Lawrence Garafola Matter

## Invoice Summary

| | |
|---|---|
| Total Fees | $1,182.50, |
| Total Disbursements | $524.00 |
| Total This Billing Period | $1,706.50 |
| Previous Balance Due | $0.00 |
| Less Payments Received | $0.00 |
| **Total Due** | **$1,706.50** |

# KOLEY ■ JESSEN

KOLEYJESSEN■COM

**KOLEY JESSEN P.C., L.L.O.**
ATTORNEYS AT LAW

ONE PACIFIC PLACE, SUITE 800
1125 SOUTH 103RD STREET
OMAHA, NE 68124

*PHONE:* 402.390.9500
*FAX:* 402.390.9005
*Tax ID:* 47-0712652

Sandhills Global, Inc.
Tony Deitering
General Counsel
120 West Harvest Drive
Lincoln, NE 68521

March 08, 2020
Invoice #: 379199

# REMITTANCE PAGE
*Please remit this page with your payment*

| | | |
|---|---|---|
| Total Fees For Professional Services Rendered Through February 29, 2020 | | 1,182.50 |
| Total Disbursements Made To Your Account Through February 29, 2020 | | 524.00 |
| Total This Billing Period | $ | 1,706.50 |
| Less Trust Applied | | 0.00 |
| **Total Current Charges** | $ | **1,706.50** |
| Previous Balance Due | | 0.00 |
| Less Payments Received | | $0.00 |
| **Total Amount Due** | $ | **1,706.50** |

**PLEASE PAY TOTAL AMOUNT DUE**

*To insure proper credit to your account, please return the Remittance Page of this Statement with your payment.*

# KOLEY ■ JESSEN

·KOLEYJESSEN■COM·

**KOLEY JESSEN P.C., L.L.O.**
ATTORNEYS AT LAW

ONE PACIFIC PLACE, SUITE 800
1125 SOUTH 103RD STREET
OMAHA, NE 68124

*PHONE:* 402.390.9500
*FAX:* 402.390.9005
*Tax ID:* 47-0712652

Sandhills Global, Inc.
Tony Deitering
General Counsel
120 West Harvest Drive
Lincoln, NE  68521

April 08, 2020
Invoice #: 381197

| Matter # | Matter Name | Fees | Disbursements | Total |
|----------|-------------|------|---------------|-------|
| 18072-0022-0028 | Lawrence Garafola Matter | $660.00 | $100.00 | $760.00 |
| | Total This Billing Period | $660.00 | $100.00 | $760.00 |
| | Total Current | | | $760.00 |
| | Previous Balance Due | | | $760.00 |
| | Less Payments Received | | | $0.00 |
| | **Total Amount Due** | | | **$760.00** |

**Payment Due Upon Receipt**

**Aged Outstanding Balance**

| Total Due | Current Due | Less Than 30 Days | 30 Days Past Due | 60 Days Past Due | 90+ Days Past Due |
|-----------|-------------|-------------------|------------------|------------------|-------------------|
| 760.00 | 760.00 | 0.00 | 0.00 | 0.00 | 0.00 |

# KOLEY█JESSEN

Sandhills Global. Inc.
Lawrence Garafola Matter

April 08, 2020
Invoice #: 381197
ID: 18072-0022-0029

## Fee Details

| Date | Time Narrative | Tkpr | Hours | Amount |
|------|----------------|------|-------|--------|
| 03/02/2020 | REDACTED | PDO | 2.40 | $660.00 | 1

## Timekeeper Recap

| | Hours | Rate | Fees |
|---|-------|------|------|
| Patrice D. Ott | 2.40 | 275.0000 | $660.00 |
| **Total:** | **2.40** | $ | **660.00** |

## Disbursement Details

| Date | Type | Amount |
|------|------|--------|
| | REDACTED | |

## Invoice Summary

| | |
|---|---|
| Total Fees | $660.00 |
| Total Disbursements | $100.00 |
| Total This Billing Period | $760.00 |
| Previous Balance Due | $0.00 |
| Less Payments Received | $0.00 |
| **Total Due** | **$760.00** |

# KOLEY ■ JESSEN

**KOLEYJESSEN■COM**
**KOLEY JESSEN P.C., L.L.O.**
ATTORNEYS AT LAW

ONE PACIFIC PLACE, SUITE 800
1125 SOUTH 103RD STREET
OMAHA, NE 68124

**PHONE:** 402.390.9500
**FAX:** 402.390.9005
**Tax ID:** 47-0712652

Sandhills Global. Inc.
Tony Deitering
General Counsel
120 West Harvest Drive
Lincoln, NE 68521

April 08, 2020
Invoice #: 381197

# REMITTANCE PAGE
*Please remit this page with your payment*

| | | |
|---|---|---|
| Total Fees For Professional Services Rendered Through March 31, 2020 | | 660.00 |
| Total Disbursements Made To Your Account Through March 31, 2020 | | 100.00 |
| Total This Billing Period | S | 760.00 |
| Less Trust Applied | | 0.00 |
| **Total Current Charges** | **$** | **760.00** |
| Previous Balance Due | | $0.00 |
| Less Payments Received | | $0.00 |
| **Total Amount Due** | **$** | **760.00** |

**PLEASE PAY TOTAL AMOUNT DUE**

*To insure proper credit to your account, please return the Remittance Page of this Statement with your payment.*